WDK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| | : | |
| v. | : | C.A. NO.: |
| | : | |
| KIM M. JOLLY and | : | CA 07 028S |
| RICHARD E. SPENCER | : | |

# COMPLAINT

Now comes the Plaintiff in the above-entitled matter and alleges and says as follows:

## JURISDICTION

1. Jurisdiction of this Court is proper under 28 U.S.C. §1332. Plaintiff is a citizen of the State of Rhode Island and Defendant, Kim M. Jolly is a resident of the State of Montana and Defendant Richard E. Spencer is a resident of the State of Florida. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

## PARTIES

2. Plaintiff is a resident of the Town of Coventry, County of Kent, State of Rhode Island.

3. Defendant, Kim M. Jolly is a resident of the City of Great Falls, State of Montana.

4. Defendant, Richard E. Spencer is a resident of the City of Lakeland, State of Florida.

## CAUSE OF ACTION

## NEGLIGENCE

5. On December 22, 2005, Plaintiff, Sandra A. Mitton, was the operator of a motor vehicle which was traveling upon and along Hopkins Hill Road, so called, a public highway, located in the Town of Coventry, County of Kent, State of Rhode Island..

6. On December 22, 2005, Defendant, Kim M. Jolly, was the operator of a motor vehicle owned by the co-Defendant, Richard E. Spencer, which was also traveling upon and along said Hopkins Hill Road, so called, a public highway, located in the Town of Coventry, County of Kent, State of Rhode Island.

7. At all times material hereto, the Plaintiff was in the exercise of due care and caution.

8. Defendant, Kim M. Jolly, did negligently, carelessly, recklessly or willfully drive or cause the motor vehicle owned by the Co-Defendant, Richard E. Spencer, to be driven such that she caused a collision to occur

between the Defendants' motor vehicle and the motor vehicle operated by the Plaintiff, Sandra A. Mitton.

9. Defendant, Richard E. Spencer was the registered owner of the motor vehicle which was negligently operated by the Co-Defendant Kim M. Jolly when it collided with the Plaintiff's vehicle; accordingly, said Defendant, Richard E. Spencer, is liable to the Plaintiff for the negligent operation of his motor vehicle under the laws of the State of Rhode Island. R.I.G.L. § 31-33-6 and 31-33-7.

10. As a direct and proximate result of said accident and the negligence of the Defendants as complained of herein, Plaintiff, Sandra A. Mitton, sustained severe, permanent, personal injuries which incapacitated her; she has been prevented and will continue to be prevented from carrying on her usual activities; she has suffered, presently suffers, and will in the future suffer great pain of body and mind; she incurred, is continuing to incur, and will in the future incur great expenses for medical and hospital care and attention.

WHEREFORE, Plaintiff, Sandra A. Mitton, demands judgment against the Defendants, jointly and severally, in an amount sufficient to

sustain the jurisdiction of the Court and to be determined by the trier of fact for compensatory damages plus interest and costs.

Plaintiff
By and through her Attorney,

THOMAS A. TARRO, III, ESQ., #2046
Law Firm of Thomas A. Tarro III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 – facsimile

Dated: January 24, 2007

PLAINTIFF HEREBY CLAIMS HER RIGHT TO A TRIAL BY JURY.