AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Sandra A. Mitton

V.

Kim M. Jolly & Richard E. Spencer

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 0285

TO: (Name and address of Defendant)

KIM M. JOLLY (NON-RESIDENT)
C/O CHARLES DOLAN, ADMINISTRATOR OF THE
RHODE ISLAND DEPARTMENT OF MOTOR VEHICLES
100 MAIN STREET
PAWTUCKET, RHODE ISLAND 02860

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS A. TARRO III, ESQUIRE
LAW FIRM OF THOMAS A. TARRO III
SUMMIT EAST, SUITE #330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/24/07

(By) DEPUTY CLERK

## RETURN OF SERVICE

$5.00 # 1976 – State Fee

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE Jan 26, 2007 |
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Out of State Resident Kim Jolly c/o Registrar of Motor Vehicles R.I. 100 Main St. Pawtucket R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | ~~45.00~~ 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/26/07
Date

Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

Address of Server

X Diane Cedullo 1/26/07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2007 JAN 32 A 11:24

FILED