UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SANDRA MITTON :
:
VS. : C.A. NO.: 07-028S
:
KIM M. JOLLY & RICHARD E. SPENCER :

**PLAINTIFF'S ATTORNEY'S AFFIDAVIT OF COMPLIANCE**

I, Thomas A. Tarro, III, of The Law Firm of Thomas A. Tarro, III being duly sworn under oath depose and say as follows:

1. I am the attorney of record for the Plaintiff, Sandra A. Mitton in the above-entitled matter.
2. As Plaintiff's counsel I caused to be issued a Summons and Complaint out of the United States District Court for District of Rhode Island against Kim M. Jolly of 2025 32nd Street, Great Falls, Montana, for an action of negligence.
3. The Summons and copy of the Complaint were served by a licensed Constable upon the Office of the Rhode Island Administrator for the Division of Motor Vehicles in accordance with RIGL, Section 31-7-7 on January 26, 2007, a copy of said Return of Service is marked Exhibit "A" and attached hereto.

4. That a true and perfect copy of the original Summons and copy of the Complaint with the officer's return of service and all other endorsements thereon were sent to the Defendant, Kim M. Jolly at the address indicated on the Police Report, 2025 32nd Street, Great Falls, Montana, 59405 on January 24, 2007 by certified mail, return receipt requested. Said certified mailing of the Summons and Complaint was received by said Defendant on February 7, 2007 as indicated on the return receipt card. A copy of said certified mail return receipt card is marked Exhibit "B" and attached hereto.

Further affiant sayeth not.

Thomas A. Tarro, III

State of Rhode Island
County of Providence

In Warwick on the 23 20 day of February, 2007, before me personally appeared Thomas A. Tarro, III, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed to be his free act and deed.

Notary Public
My Commission Expires:

# CERTIFICATION

I, the undersigned, do hereby certify this 23RD day of February 2007, which I have mailed a true copy of the within ***Plaintiff's Attorney's Affidavit of Compliance*** to:

Sharon E. Collins-Abbott, Esq.
Law Offices of Amy Beretta
211 Quaker Lane
West Warwick, RI 02893

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Sandra A. Mitton

V.

Kim M. Jolly & Richard E. Spencer

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 0285

TO: (Name and address of Defendant)

KIM M. JOLLY (NON-RESIDENT)
C/O CHARLES DOLAN, ADMINISTRATOR OF THE
RHODE ISLAND DEPARTMENT OF MOTOR VEHICLES
100 MAIN STREET
PAWTUCKET, RHODE ISLAND 02860

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS A. TARRO III, ESQUIRE
LAW FIRM OF THOMAS A. TARRO III
SUMMIT EAST, SUITE #330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/24/07

(By) DEPUTY CLERK

EXHIBIT A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim M. Jolly
2025 32nd Street
Great Falls, MT 59405

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Kim ...  ☐ Agent ☒ Addressee

B. Received by (*Printed Name*) Kim Jolly

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Articl... (Tran...) 7006 0810 0005 1877 1029

RE: Mitton

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT B

Blumberg No. 5118