06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

# STIPULATION

***In the above-entitled cause, it is agreed that the following entry be made:***

Defendants, Kim M. Jolly and Richard E. Spencer**,** may have up to and including **March 7, 2007** within which to answer and/or otherwise respond to plaintiff's Complaint.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

/s/ Thomas A. Tarro, III, Esq.
Thomas A. Tarro, III, Esq. (RI Bar: 2046)
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
300 Centerville Road
The Summit East - Suite 330
Warwick, RI 02886
401-737-7200
401- 732-3362 (fax)
ttarro3rd@tarrolawfirm.com

# CERTIFICATION

I, the undersigned, hereby certify that on the 7th day of March, 2007 I did send a true copy of the within Stipulation by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com