FAX: PAGE 2/ 3

12/18/2006 09:17 401826../79 HOPKINS HILL FI PAGE 01/02

Name: Mitton, Sandra — Date: 12/22/05 — Incident#: 500

Apparatus: R-6 Time: 19:30 RI EMS Report ID# 51501362

Incident Information

RI EMS Report ID# 51501362 Service #: 0605 Unit ID#: 01 Incident Type: MV - Occupant

Incident Location Hopkins Hill Rd @ lawnwood, Coventry Chief Complaint: Pain

FILE No.974 12/18 '06 13:09 ID: FAX: PAGE 3/ 3

12/18/2006 09:17 4018263/79 HOPKINS HILL FI... PAGE 02/02

Mitton, Sandra

Apparatus: R-6 Time: 19:30 RI EMS Report ID# 51501362

Anderson, Brad

Signature of Person Completing Report Date/Time

Communications: Telephone: Cellular: Radio:

Department Use: Other: Miles: 10.0 Comments:

Physician

Family Notification Left: ☐

## HOPKINS HILL FIRE DEPARTMENT

C/O COMSTAR AMBULANCE BILLING SERVICE
8 TURCOTTE MEMORIAL DR, ROWLEY, MA 01969

(800) 488-4351

Federal Tax ID # 050426012

**PATIENT NAME:** MITTON, SANDRA A.

**PATIENT SSN:** [redacted]
**RUN NUMBER:** 05 - 165271
**DATE OF CALL:** 12/22/2005

GEORGE GROSSI ATTORNEY
70 JEFFERSON BLVD
Suite 210
WARWICK, RI 02888

**FROM:** HOPKINS HILL RD @ LAWNWOOD
**TO:** Kent County Memorial Hospital
**PRIMARY PAYOR:** Bill Patient
**SECONDARY PAYOR:**

| DESCRIPTION | CHECK # | QUANTITY | UNIT PRICE | PMT DATE | AMOUNT |
|---|---|---|---|---|---|
| BLS Emergency Base Rate | A0429 | 1 | 385.66 | | 385.66 |
| mileage | A0425 | 10 | 10.79 | | 107.90 |

**PLEASE PAY THIS AMOUNT** $493.56

Page: 1

To View our NOTICE OF PRIVACY PRACTICES, please visit our website: WWW.COMSTARBILLING.COM

Note: If you reside in a state where motor vehicle insurance is mandatory, you must provide mv insurance information or include a PIP exhaust letter with your health insurance info.

DETACH ALONG ABOVE LINE AND RETURN STUB WITH YOUR PAYMENT. THANK YOU.

**PATIENT NAME:** MITTON, SANDRA A.

**RUN NUMBER:** 05 - 165271 **INCIDENT DATE** 12/22/2005
**CURRENT DATE:** 02/03/06

**AMOUNT ENCLOSED:** $

**REMIT TO:** HOPKINS HILL FIRE DEPARTMENT
c/o Comstar, Inc.
8 TURCOTTE MEMORIAL DR
ROWLEY, MA 01969