**KENT HOSPITAL**
WARWICK, RHODE ISLAND

000505905
MITTON, SANDRA A
[redacted]

## KENT HOSPITAL EMERGENCY SERVICES
ORDER & DISCHARGE SHEET

N

000505905
MITTON, SANDRA A
[redacted] 033Y
065261554 12/22/05

Name: ______ ☐ M ☐ F
DOB: ______ Date: ______ Time: ______
Triage Index: ☐ Emergent ☐ Urgent ☐ Express Care

| BP R: L: | Pulse | Resp | Temp | Height | Weight Est: Act: | Pulse OX RA: O2 |
|---|---|---|---|---|---|---|
| | | | | | | |

Chief Complaint: ______
**ALLERGIES:**

**LABS** (circle one)
CBC
Chem 7 Chem 12
PT, PTT, INR
Amylase Lipase
U/A
UCG HCG Quant
Urine C&S
Blood Culture X2
Cardiac Enzymes
ETOH PUDS
ASA APAP

**DIAGNOSTIC IMAGING**
Chest X-Ray (portable)
Chest PA & lat
C-spine XT Lat 1st
LS spine
Abdomen flat & upright
Pelvis
CT Head
CT of ______
Ultrasound of ______

**SPECIFIC ORDERS, MEDS, IV, FLUIDS**

| Time Ord'd. | Orders | Time Given | Initls |
|---|---|---|---|
| | Lt Shldr | | |
| | Lt Clavicle | | |
| | Lt wrist | | |
| | t spine | | |
| | Percocet #1 | | |

**RESPIRATORY**
MDI Albuterol
Protocol & PEFR
4 puffs
Nebulized Albuterol
x1 x2 x3
2.5 mg 5mg
x1 with atrovent

**INITIAL ORDERS**
ABG RA ___% O2
O2
IV
Monitor Pulse Ox
EKG Prior EKG
Prior med. records
Fingerstick BS

T complete

Physician #1: [signature]
Signature
Physician #2: ______
Signature
Admitting physician: ______ Time: ______
Admitting diagnosis/impression ______
Impression: Neck spr / Lt Shoulder contu... Back Hu...
Referred to: [handwritten]
☐ No work/school for ______ days
Follow up in ___ days or as needed ☐ OHR ______ ☐ ED ______
Restrictions
Instructions & Medications: Percocet # 20

**Instruction Sheet:**

| | | | | |
|---|---|---|---|---|
| ☐ Allergy | ☐ Conjunctivitis | ☐ Headache | ☐ Mononucleosis | ☐ Sunburn |
| ☐ Abdominal pain | ☐ Crutch walking | ☐ Head injury | ☐ MVA | ☐ Tetanus shot |
| ☐ Back Care | ☐ Dizziness | ☐ High blood pressure | ☐ Neck strain | ☐ UTI. |
| ☐ Burn Care | ☐ Ear infections-external | ☐ Insect bites | ☐ SOB | ☐ Viral illness |
| ☐ Cast & splint care | ☐ Ear infections-internal | ☐ Kidney stones | ☐ Sore throat | ☐ Vomiting & diarrhea |
| ☐ Chest pain | ☐ Fever | ☐ Lyme | ☐ Sprains, fractures, bruises | ☐ Wound care |

The exam and treatment you received in the Emergency Department were for an urgent problem and not intended as complete care. You are advised to follow the instructions above and follow up with your doctor or primary care giver for ongoing care. You may be contacted later for final readings on x-rays and reports on special tests. Return to the Emergency Department at once if concerned or if your condition deteriorates. I certify that I have received and understand the instructions given to me.

**Disposition:** Home LWBS AMA Expired Transferred ______

Patient Signature: ______ Time Out: ______ R.N. Initial: ______

678-50.36 (9-2001) *Kent Hospital, 455 Toll Gate Road, Warwick, RI 02886 ED (401) 736-4288 Express (410) 736-4289*

☐ OTHER: ______ (Initials)
☐ CALLED DATE: ______ DISCUSSED W/DR. ______
☐ FAXED DATE: ______ FOLLOW-UP ______