# WEST BAY ORTHOPAEDIC ASSOCIATES, INC.

Patient Name: Sandra Milton DOB [redacted] Today's Date 1-3-06

## PAST MEDICAL HISTORY

The name of your **PRIMARY CARE PHYSICIAN** is: Christos Erinakos

Other than your Primary Care Physician, are you under the care **OF ANOTHER PHYSICIAN?**
If yes, please list

Please list all **MEDICATIONS** you are currently taking (Birth Control Pills are included in this category):

Percocet

2

Please list any **BLOOD THINNERS** (Coumadin, Aspirin, Others) that you are currently taking:

None

Please list any and all **ALLERGIES** to Penicillin or any other drugs:

Penicillin

Have you had **ABNORMAL BLEEDING** associated with previous surgery or trauma? no

## FAMILY HISTORY

Please list any significant **FAMILY MEDICAL CONDITIONS:** None

## SOCIAL HISTORY

**OCCUPATION:** Homemaker

**WORK STATUS** (Please circle one): Full Duty Light Duty Not Working (circled)

Do you **SMOKE?** yes If yes, **HOW MUCH/OFTEN:** 1 PK day

Do you use **ALCOHOL?** If yes, **HOW MUCH/OFTEN:** No

6/20/0

Do you have a **HISTORY OF DRUG AND/OR ALCOHOL DEPENDANCY?** NO

Heartburn ______ Muscle Weakness ______

Difficulty Swallowing ______ Paralysis ______

Patient Signature: [signature] Date: 1-3-06

Physician Signature: [signature] Date: 1/3/06

West Bay Orthopaedic Associates, Inc.