**MANZOLILLO FAMILY CHIROPRACTIC CENTER**

Chiropractic Care

1481 ATWOOD AVENUE • JOHNSTON, RI 02919 • (401) 272-0888
280 BROADWAY • PROVIDENCE, RI 02903 • (401) 273-0046
Fax (401) 272-0985

Dr. Louis Manzolillo Dr. Denise A. Franzese

reached maximum medical improvement and I have released her from active care. Prognosis is favorable. However it should be noted that at the time of the injury, spinal bone and myoligamental damage occurred, involving bone, ligaments, tendons and blood vessels in the areas of the patient's complaint. It can take up to twelve months or longer before these tissues fully heal. This healing is in the form of fibrotic scar tissue. This scar tissue is weaker and less elastic than normal uninjured tissue, making these tissues more prone to future injuries. Because of the repair process, residuals and frequent exacerbations can be anticipated throughout the affected regions in the near future, secondary

CHARGES

I T E M I Z E D S T A T E M E N T

CLAIM: DATE: 05/01/2006

IRS#: 050464807

PATIENT: SANDRA MITTON 108176
[redacted]

EMPLOYER:

SS# [redacted] POL#
DATE/INJ: 12/22/2005 GRP#

TO: GEORGE GROSSI, ESQUIRE
70 JEFFERSON BLVD
WARWICK RI

MANZOLILLO FAMILY CHIROPRACTIC CENTE
1481 ATWOOD AVENUE
JOHNSTON, R.I. 02919
401/272-0888 Fax:401/272-0985

DIAGNOSIS:
847.0 CERVICAL SPRAIN/STRAIN
784.0
847.1 THORACIC SPRAIN AND STRAIN

846.0 LUMBOSACRAL (JOINT/LIGAMENT) SPRAIN/STRAIN

844.8 KNEE AND LEG SPRAIN/STRAIN
FC: PER-INJURY
DATE OF LAST BILL: 04/30/2006 PR# 007003029 ID# 35440

| DATE | CPT | DESCRIPTION | * POS | TOS | # | AMOUNT |
|---|---|---|---|---|---|---|
| 03/22/2006 | 97014 | INTERFERENTIAL/ELECTRICAL STIM.(UNATT | 11 | 9 | 1 | 25.00 |
| 03/22/2006 | 97010 | HYDROCOLLATOR/CRYOTHERAPY | 11 | 9 | 1 | 20.00 |
| 03/27/2006 | 98941 | CHIROPRACTIC MANIPULATION 3-4 REGIONS | 11 | 9 | 1 | 50.00 |
| 03/27/2006 | 97014 | INTERFERENTIAL/ELECTRICAL STIM.(UNATT | 11 | 9 | 1 | 25.00 |
| 03/27/2006 | 97010 | HYDROCOLLATOR/CRYOTHERAPY | 11 | 9 | 1 | 20.00 |
| 04/03/2006 | 99215 | OFFICE VISIT, COMPREHENSIVE EXAM | 11 | 9 | 1 | 85.00 |
| 04/03/2006 | 98941 | CHIROPRACTIC MANIPULATION 3-4 REGIONS | 11 | 9 | 1 | 50.00 |
| 04/10/2006 | 98941 | CHIROPRACTIC MANIPULATION 3-4 REGIONS | 11 | 9 | 1 | 50.00 |
| 04/10/2006 | 97014 | INTERFERENTIAL/ELECTRICAL STIM.(UNATT | 11 | 9 | 1 | 25.00 |
| 04/10/2006 | 97010 | HYDROCOLLATOR/CRYOTHERAPY | 11 | 9 | 1 | 20.00 |
| 04/24/2006 | 98941 | CHIROPRACTIC MANIPULATION 3-4 REGIONS | 11 | 9 | 1 | 50.00 |
| 04/24/2006 | 97014 | INTERFERENTIAL/ELECTRICAL STIM.(UNATT | 11 | 9 | 1 | 25.00 |
| 04/24/2006 | 97010 | HYDROCOLLATOR/CRYOTHERAPY | 11 | 9 | 1 | 20.00 |
| 05/01/2006 | 98941 | CHIROPRACTIC MANIPULATION 3-4 REGIONS | 11 | 9 | 1 | 50.00 |
| 05/01/2006 | 97014 | INTERFERENTIAL/ELECTRICAL STIM.(UNATT | 11 | 9 | 1 | 25.00 |
| 05/01/2006 | 97010 | HYDROCOLLATOR/CRYOTHERAPY | 11 | 9 | 1 | 20.00 |
| 05/01/2006 | 99215 | OFFICE VISIT, COMPREHENSIVE EXAM | 11 | 9 | 1 | 85.00 |

PROVIDER: DENISE FRANZESE D.C.

TOTAL: $ 2,515.00
BALANCE 05/01/2006: $ 2,515.00