UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON and | : | |
| GREGORY MITTON | : | |
| v. | : | C.A. NO.: 07-028S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes the Plaintiff in the above-entitled matter, pursuant to Rule 15(a) of the Federal Court Rules Civil Procedures and moves this Honorable Court for an order granting Plaintiff's Motion to Amend her Complaint in the form marked Exhibit "A" and attached hereto. Said Amended Complaint adds as a claim asserted by the Plaintiff a claim for loss of earnings, wages and income. Additionally, the Amended Complaint adds as a Party Plaintiff the Plaintiff's spouse, Gregory Mitton pursuant to Rhode Island Law §9-1-41 for loss of spousal companionship, society, consortium and services.

In support of her Motion, Plaintiff relies on the attached Memorandum of Law, filed contemporaneously herewith.

**WHEREFORE**, Plaintiff request that her Motion to Amend Complaint be granted and that the Amended Complaint attached hereto as Exhibit "A" serve as the operative pleading in this matter.

Plaintiffs,
By and through their Attorney,

/s/ Thomas A. Tarro, III
THOMAS A. TARRO, III, ESQ., #2046
Law Firm of Thomas A. Tarro III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 – facsimile

Dated: March 20, 2007

## CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Plaintiff's Motion to Amend the Complaint*** via electronic filing on the day of March, 2007, to:

Sharon E. Collins-Abbott, Esq.
Law Offices of Amy Beretta
211 Quaker Lane
West Warwick, RI 02893

/s/ Andrea T. Nadeau