UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SANDRA A. MITTON and :
GREGORY MITTON :
v. : C.A. NO.: 07-028S
:
KIM M. JOLLY and :
RICHARD E. SPENCER
:

**AMENDED COMPLAINT**

Now come the Plaintiffs in the above-entitled matter and allege and say as follows:

**JURISDICTION**

1. Jurisdiction of this Court is proper under 28 U.S.C. §1332. Plaintiffs are citizens of the State of Rhode Island and Defendant, Kim M. Jolly is a resident of the State of Montana and Defendant, Richard E. Spencer is a resident of the State of Florida. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

**PARTIES**

2. Plaintiff, Sandra A. Mitton, is a resident of the Town of Coventry, County of Kent, State of Rhode Island.

3. Plaintiff, Gregory Mitton, is a resident of the Town of Coventry, County of Kent, State of Rhode Island and the spouse of the Co-Plaintiff.

4. Defendant, Kim M. Jolly is a resident of the City of Great Falls, State of Montana.

5. Defendant, Richard E. Spencer is a resident of the City of Lakeland, State of Florida.

**CAUSE OF ACTION**

**COUNT- I**

**NEGLIGENCE**

6. On December 22, 2005, Plaintiff, Sandra A. Mitton, was the operator of a motor vehicle which was traveling upon and along Hopkins Hill Road, so called, a public highway, located in the Town of Coventry, County of Kent, State of Rhode Island..

7. On December 22, 2005, Defendant, Kim M. Jolly, was the operator of a motor vehicle owned by the co-Defendant, Richard E. Spencer, which was also traveling upon and along said Hopkins Hill Road, so called, a public highway, located in the Town of Coventry, County of Kent, State of Rhode Island.

8. At all times material hereto, the Plaintiff was in the exercise of due care and caution.

9. Defendant, Kim M. Jolly, did negligently, carelessly, recklessly or willfully drive or cause the motor vehicle owned by the Co-Defendant, Richard E. Spencer, to be driven such that she caused a collision to occur between the Defendants' motor vehicle and the motor vehicle operated by the Plaintiff, Sandra A. Mitton.

10. Defendant, Richard E. Spencer was the registered owner of the motor vehicle which was negligently operated by the Co-Defendant Kim M. Jolly when it collided with the Plaintiff's vehicle; accordingly, said Defendant, Richard E. Spencer, is liable to the Plaintiff for the negligent operation of his motor vehicle under the laws of the State of Rhode Island. R.I.G.L. § 31-33-6 and 31-33-7.

11. As a direct and proximate result of said accident and the negligence of the Defendants as complained of herein, Plaintiff, Sandra A. Mitton, sustained severe, permanent, personal injuries which incapacitated her; she has been prevented and will continue to be prevented from carrying on her usual activities; she has suffered, presently suffers, and will in the future suffer great pain of body and mind; she incurred, is continuing to incur and will in the future incur great expenses for medical and hospital

care and attention; she has incurred, continues to incur and in the future will incur a loss of earnings, wages, and/or income.

**COUNT – II**

**LOSS OF CONSORTIUM**

**R.I.G.L. §9-1-41**

12. Plaintiff realleges and restates paragraphs 1-11 of Count I as if fully set forth in detail.

13. As a direct and proximate result of said accident and the negligence of the Defendants as complained of herein, your Plaintiff, Gregory Mitton, has suffered a loss of his spousal society, companionship, consortium and services as the result of the tortious injury to his spouse and the Defendants are liable to said Plaintiff pursuant to R.I.G.L. §9-1-41 for their acts as complained of herein.

14. As a further direct and proximate result of said accident and the tortious injury to his spouse by the Defendants as complained of herein, your Plaintiff, Gregory Mitton, has suffered a loss of earnings, wages, and/or income.

WHEREFORE, Plaintiffs, Sandra A. Mitton and Gregory Mitton demand judgment against the Defendants, jointly and severally, in an amount sufficient to sustain the jurisdiction of the Court and to be determined by the trier of fact for compensatory damages plus interest and costs for each Plaintiff.

Plaintiffs
By and through their Attorney,

_/s/ Thomas A. Tarro, III, Esq.______

THOMAS A. TARRO, III, ESQ., #2046
Law Firm of Thomas A. Tarro III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 – facsimile

Dated: March 20, 2007

PLAINTIFFS HEREBY CLAIM THEIR RIGHT TO A TRIAL BY JURY.