UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON and | : | |
| GREGORY MITTON | : | |
| v. | : | C.A. NO.: 07-028S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION TO AMEND THE COMPLAINT**

Now comes the Plaintiff, Sandra Mitton in the above-entitled matter, pursuant to Federal Rule of Civil Procedure 15(a) and moves this Honorable Court, for an order granting an amendment of Plaintiff's Complaint to add an additional claim of the Plaintiff for a loss of earnings, wages and income and to add Plaintiff's spouse, Gregory Mitton, as a Party Plaintiff, asserting claims pursuant to Rhode Island Law §9-1-42 for a loss of his spousal society, companionship, consortium and services caused by the tortious injury to his spouse.

Federal Rule of Civil Procedure 15(a) provides for amended pleadings as herein requested and states that "leave shall be freely given when justice so requires."

All additional claims set forth in Plaintiff's Amended Complaint arise out of the same facts and circumstances as alleged in Plaintiff's original

complaint, to wit: the motor vehicle accident which occurred in Coventry, Rhode Island on December 22, 2005 and are filed well before the expiration of the applicable statute of limitations.

For the reasons set forth herein, Plaintiff requests that her Motion to Amend be granted and that the Amended Complaint constitute the operative pleading in this matter.

Plaintiff
By and through her Attorney,

/s/ Thomas A. Tarro, III, Esq.
THOMAS A. TARRO, III, ESQ., #2046
Law Firm of Thomas A. Tarro III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 – facsimile

Dated: March 20, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Plaintiff's Memorandum in Support of Her Motion to Amend the Complaint*** via electronic filing on the 20th day of March, 2007, to:

Sharon E. Collins-Abbott, Esq.
Law Offices of Amy Beretta
211 Quaker Lane
West Warwick, RI 02893

/s/ Andrea T. Nadeau