UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA MITTON | : | |
| | : | |
| VS. | : | C.A. NO.: 07-028S |
| | : | |
| KIM M. JOLLY & RICHARD E. SPENCER | : | |
| | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

NOW COMES your Plaintiff, Sandra A. Mitton, in the above-entitled matter and objects to the Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment. As grounds for her objection, Plaintiff relies on the attached Memorandum of Law which is filed contemporaneously herewith.

Plaintiff,
Sandra Mitton,
By and Through Her Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have electronically filed a copy of the foregoing Objection on the 26TH day of March, 2007, to:

Sharon Collins-Abbott, Esquire
LAW OFFICES OF AMY BERETTA
211 Quaker Lane
West Warwick, RI 02893

___/s/ Andrea T. Nadeau_______________