UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA MITTON | : | |
| | : | |
| VS. | : | C.A. NO.: 07-028S |
| | : | |
| KIM M. JOLLY & RICHARD E. SPENCER | : | |

## AFFIDAVIT OF SANDRA MITTON

I, Sandra Mitton, do state, under oath, as follows:

1. I am the Plaintiff in the matter of Sandra Mitton vs. Kim M. Jolly and Richard E. Spencer, CA No. 07-028S, which is pending in the United States District Court for the District of Rhode Island.

2. I filed the instant Affidavit in support of my objection to the Defendant's Motion to Dismiss or in the Alternative, Motion for Summary Judgment for failure to meet the monetary minimum required for federal jurisdiction in this matter pursuant to 28 U.S.C. §13-32(a).

3. As of the date of the accident, December 22, 2005, I performed certain clerical and manual services for GPM Trucking, Inc., which is a trucking transportation service owned and operated by my husband, Gregory P. Mitton. Specifically, I did administrative work including secretarial, payroll and accounts payable for the business. Additionally, I would assist my husband in the removal and loading of automobiles at auto auctions throughout the year.

Blumberg No. 5118
EXHIBIT
2

4. As a result of the accident and the injuries I sustained, I was unable to perform any of these services for a period of time and remain limited as to the services that I can currently perform for my husband's business.

5. As a consequence, my husband hired runners or performed the work I used to do in my place. I was compensated by my husband by sharing in the profits of the corporation on an annual basis.

6. Due to my inability to perform my duties, both administrative and physically, after the accident, GPM Trucking, Inc. suffered a financial loss estimated at approximately $40,000 in the year 2006. The economic losses are ongoing.

7. The loss suffered by my husband's business, GPM Trucking, Inc., is directly related to the fact that I was unable to perform the administrative and manual services that I had previously performed, after the accident.

Further affiant sayeth not.

Sandra A. Mitton
Sandra Mitton

Subscribed and sworn to before me this 26th day of March, 2007.

Notary Public
My Commission Expires: 11/04/09