**MICHAEL S. OLIN, M.D., F.A.C.S.**
Neurological Surgery
Diplomate American Board Neurological Surgery
Fellow American College of Surgeons
Fellow International College of Surgeons
Direct all correspondence to: 63 Eddie Dowling Highway, Suite 7, North Smithfield, RI 02896
(401) 765-1213 Fax: (401) 765-7995
One Randall Square. Suite 410, Providence, RI (401) 421-5340

Date: 1-31-07

To: chart

Re:Sandra Mitton

Initial Office visit: The patient is seen in the office today.

This is a 34 year old female who was injured in a car accident on 12-22-05. She was the driver of the vehicle. She was taken by rescue to Kent County Hospital where xrays were done of the cervical spine. There was a suspicious area at C4-5, C2, C1 as well as straightening of the lordosis consistent with muscle spasm. She was then sent for CT scan. There is a report stating this was negative. She began a course of treatment with a chiropractor for neck, low back and bilateral knee. Her symptoms improved but she did not resolve her cervical symptoms and associated headache. She describes the neck pain as aching and constant. She rates the pain at 7/10. No bowel or bladder symptoms reported. Lying down, standing, bending, twisting, sitting, walking increase her symptoms. Heat and pain medication reduce her symptoms. She is a current smoker. She presently takes Vicodin, Tylenol and Advil for pain control. She is allergic to Penicillin.

Exam reveals range of motion of the neck is slightly restricted in all directions. There is no step off or deformity noted. No discoloration. She is alert and oriented x 3. Deep tendon reflexes are 1-2+ triceps, biceps and brachioradialis bilaterally. No wasting or fasciculations noted. Motor strength is 5/5 in the upper extremities. There is tenderness in the trapezius musculature bilaterally and left shoulder musculature. She describes radicular symptoms mostly into the left upper extremity.

This patient suffered neck injury and has not had MRI of the cervical spine. Due to her ongoing neck and radicular symptoms, I will get MRI and see her back when the images are available.

EXHIBIT
1
Blumberg No. 5118

MICHAEL S. OLIN, M.D., F.A.C.S.
Neurological Surgery
Diplomate American Board Neurological Surgery
Fellow American College of Surgeons
Fellow International College of Surgeons
Direct all correspondence to: 63 Eddie Dowling Highway, Suite 7, North Smithfield, RI 02896
(401) 765-1213 Fax: (401) 765-7995
One Randall Square, Suite 410, Providence, RI (401) 421-5340

Date:2-21-07

To: chart

Re: Sandra Mitton

The patient is seen in the office today. She continues with neck pain radiating mostly to the left arm. MRI was performed and the images show disc abnormality with protrusion to the left, worse at C4-5, mild to moderate at C3-4 and also at C5-6. I discussed the findings with her.

This patient suffered injury to her neck in December, 2005. She finally had MRI performed showing abnormalities. Although she did not have the benefit of this testing until recently, her symptoms have been present since the accident in December, 2005. The symptoms she has experienced since injury correspond to the findings on MRI.
I discussed further conservative treatment such as traction therapy but she has undergone conservative treatment in the past and this did not resolved her neck and radicular symptoms.

I also discussed surgical treatment options with her. I explained anterior cervical fusion. She had not wanted to consider surgical treatment but she feels she can no longer tolerate her symptoms, unresolved since December, 2005.
I did not have the benefit of comparing like testing. This patient had CT scan after injury due to suspicious bony area on plain films.
I now have the opportunity to review the MRI images and with the abnormalities noted, I have discussed surgical treatment with her. It is my opinion, based on her history, that there is a relationship between the findings on MRI and her onset of symptoms which have not resolved since injury.

She is going to give our conversation some thought and be back in touch with me.