06-321 SEC:smm

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SANDRA A. MITTON and** | : | |
| **GREGORY MITTON** | : | |
| | : | |
| **VS.** | : | **C.A. 07-028-S** |
| | : | |
| **KIM M. JOLLY and** | : | |
| **RICHARD E. SPENCER** | : | |

**DEFENDANTS' ANSWER TO PLAINTIFFS'AMENDED COMPLAINT**

**JURISDICTION**

1. Defendants deny that jurisdiction of this Court is proper. Defendants admit that upon information and belief Plaintiffs are citizens of the State of Rhode Island and that Defendant Kim M. Jolly is a resident of the State of Montana and that Defendant Richard E. Spencer is a resident of Florida. Defendants deny that the amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000.

**PARTIES**

2. Defendants upon information and belief admit.
3. Defendants upon information and belief admit.
4. Admit.
5. Admit.

**CAUSE OF ACTION**
**COUNT I**
**NEGLIGENCE**

6. Defendants upon information and belief admit.
7. Admit.

8. Defendants are without sufficient information to admit or deny the allegations contained in this Paragraph and leave the Plaintiffs to their proof thereof.

9. Defendants deny allegations as to negligence, carelessness, recklessness, willfulness and causation. Defendants admit that on December 22, 2005, the vehicle operated by Defendant, Kim Jolly, came into contact with a vehicle which upon information and belief was being operated by Plaintiff, Sandra Mitton. Defendants deny each and every remaining allegation contained in this Paragraph.

10. Defendants deny allegations as to negligence, carelessness, recklessness, willfulness and causation. Defendants admit that Defendant, Richard Spencer, was the registered owner of the vehicle operated by Defendant, Kim Jolly. Defendants are without sufficient information to admit or deny the allegations concerning liability of Defendant, Richard Spencer, pursuant to R.I.G.L. 31-33-6 and 31-33-7. Defendants deny each and every remaining allegation contained in this Paragraph.

11. Defendants deny allegations as to negligence, carelessness, recklessness, willfulness and causation. Defendants are without sufficient information to admit or deny the remaining allegations contained in this Paragraph and leave the Plaintiffs to their proof thereof.

**COUNT II**
**LOSS OF CONSORTIUM**
**R.I.G.L. 9-1-41**

12. Defendants restate their responses to Paragraphs One through Eleven of Count I as if fully set forth herein.

13. Defendants deny allegations as to negligence, carelessness, recklessness, willfulness and causation. Defendants are without sufficient information to admit or deny the allegations concerning liability of the Defendants pursuant to R.I.G.L. 9-1-41. Defendants are without sufficient information to admit or deny the remaining allegations contained in this Paragraph and leave the Plaintiffs to their proof thereof.

14. Defendants deny allegations as to negligence, carelessness, recklessness, willfulness and causation. Defendants are without sufficient information to admit or deny the remaining allegations contained in this Paragraph and leave the Plaintiffs to their proof thereof.

**WHEREFORE**, Defendants, Kim M. Jolly and Richard E. Spencer, demand judgment against the Plaintiffs, Sandra A. Mitton and Gregory Mitton.

## FIRST AFFIRMATIVE DEFENSE

Defendants assert the defense of insufficiency of service of process.

## SECOND AFFIRMATIVE DEFENSE

Defendants assert the defense of insufficiency of process.

## THIRD AFFIRMATIVE DEFENSE

Defendants plead lack of subject matter jurisdiction.

## FOURTH AFFIRMATIVE DEFENSE

Defendants plead failure to state a claim upon which relief may be granted.

***Defendants demand a trial by jury on all counts and appoint Sharon E. Collins-Abbott, Esquire as trial counsel.***

DEFENDANTS,
By and through their Attorneys,

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

# CERTIFICATION

I, the undersigned, hereby certify that on the **25th** day of **April, 2007,** I did send a true copy of the within **Answer to Plaintiffs' Amended Complaint,** by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com