# United States District Court

DISTRICT OF

RHODE ISLAND

SANDRA A. MITTON

V.

KIM M. JOLLY & RICHARD E. SPENCER

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07-028S

TO: (Name and address of defendant)

Kim M. Jolly (Non-Resident)
c/o Charles Dolan, Administrator of the Rhode Island
Department of Motor Vehicles
100 Main Street
Pawtucket, RI 02860

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro, III, Esq.
Law Firm of Thomas A. Tarro, III
Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

an answer to the Amended complaint which is herewith served upon you, within TEN (10) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/18/07

(BY) DEPUTY CLERK

$15.00 7985

40 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| ervice of the Summons and Complaint was made by me[1] | DATE April 20, 2007 |
| E OF SERVER (PRINT) Thomas Noury | TITLE |

heck one box below to indicate appropriate method of service

P.O. Box 114026
North Providence, RI 02911

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): Y Kaundra G. Arias D.M.V. 100 Main St. Pawtucket R.I.

### STATEMENT OF SERVICE FEES

| AVEL | SERVICES | TOTAL |
|---|---|---|
| State 5.00 Fee | 45.00 | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 20 2007
Date

Signature of Server
Thomas Noury

P.O. Box 114026
North Providence, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.