UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA MITTON | : | |
| | : | |
| VS. | : | C.A. NO.: 07-028S |
| | : | |
| KIM M. JOLLY & RICHARD E. SPENCER | : | |

**PLAINTIFF'S ATTORNEY'S AFFIDAVIT OF COMPLIANCE RE: DEFENDANT RICHARD E. SPENCER**

I, Thomas A. Tarro, III, of The Law Firm of Thomas A. Tarro, III being duly sworn under oath depose and say as follows:

1. I am the attorney of record for the Plaintiff, Sandra A. Mitton in the above-entitled matter.
2. As Plaintiff's counsel I caused to be issued a Summons and Amended Complaint out of the United States District Court for the District of Rhode Island against Richard E. Spencer of 43 Murcott Street, Lakeland, Florida 33803, in the above-entitled matter.
3. The Summons and copy of the Amended Complaint were served by a licensed Constable upon the Office of the Rhode Island Administrator for the Division of Motor Vehicles in accordance with RIGL, §31-7-7 on April 20, 2007, a copy of said Return of Service is marked Exhibit "A" and attached hereto.

4. That a true and perfect copy of the original Summons and copy of the Amended Complaint with the officer's return of service and all other endorsements thereon in accordance with RIGL, §31-7-7 were sent to the Defendant, Richard E. Spencer, at the address stated on his vehicle registration and indicated on the Police Report, at 43 Murcott Street, Lakeland, Florida 33803, on April 19, 2007 by certified mail, return receipt requested. A copy of the "Post Office Receipt of Sending" is marked Exhibit "B" and attached hereto.

5. Further affiant sayeth not.

Thomas A. Tarro, III

State of Rhode Island
County of Providence

In Warwick on the 4th day of May, 2007, before me personally appeared Thomas A. Tarro, III, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed to be his free act and deed.

Notary Public
My Commission Expires: 7/4/09

## CERTIFICATION

I, the undersigned, do hereby certify this 1st day of May 2007, which I have mailed a true copy of the within ***Plaintiff's Attorney's Affidavit of Compliance*** to:

Sharon E. Collins-Abbott, Esq.
Law Offices of Amy Beretta
211 Quaker Lane
West Warwick, RI 02893

# United States District Court

DISTRICT OF
RHODE ISLAND

SANDRA A. MITTON
V.
KIM M. JOLLY & RICHARD E. SPENCER

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07-028S

TO: (Name and address of defendant)

Richard E. Spencer (Non-Resident)
c/o Charles Dolan, Administrator of the Rhode Island
Department of Motor Vehicles
100 Main Street
Pawtucket, RI 02860

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro, III, Esq.
Law Firm of Thomas A. Tarro, III
Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

an answer to the amended complaint which is herewith served upon you, within TEN (10) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/18/07

(BY) DEPUTY CLERK

EXHIBIT "A"

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 20, 2007 |
| NAME OF SERVER (PRINT) Thomas Noury P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*: D.M.V. 100 Main St. Pawtucket R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| State Fee: 5.00 | 45.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 20, 07
*Date*

*Signature of Server*

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

7005 0390 0001 8454 9580

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

LAKELAND FL 33803 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.63 | 0818 |
| Certified Fee | $2.40 | 03 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here APR 19 2007 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.88 | 04/19/2007 |

Sent To Richard E. Spencer
Street, Apt. No.; or PO Box No. 43 Murcott Street
City, State, ZIP+4 Lakeland, FL 33803

PS Form 3800, June 2002 See Reverse for Instructions

EXHIBIT "B"