06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**NOTICE TO TAKE DEPOSITION**

Please take notice that the defendants will conduct the deposition of the plaintiff, **GREGORY MITTON,** pursuant to F.R.C.P. 30 on oral examination before a duly authorized notary public, or some other duly authorized person, at the **LAW OFFICES OF AMY BERETTA**, **211 Quaker Lane – 1st Floor, West Warwick, Rhode Island 02893**, on **June 28, 2007** at **9:00 a.m.**

***Please inform my office if an interpreter is needed and, if so, what language is spoken.***

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the 18th day of May, 2007 I did send a true copy of the within Deposition Notice of Plaintiff, Gregory Mitton, by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

Callaghan Reporting Service
P.O. Box 3658
Cranston, RI 02910

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com