***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| *SANDRA A. MITTON AND GREGORY MITTON* | : | |
| *PLAINTIFFS* | : | |
| | : | |
| *VS.* | : | *CIVIL ACTION NO. 07-028* |
| | : | |
| *KIM M. JOLLY AND RICHARD E. SPENCER,* | : | |
| *DEFENDANT* | : | |

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 18, 2007, I mailed a true copy of the Entry of Appearance to Thomas A. Tarro, III, Esq., Law Firm of Thomas A. Tarro III, The Summit East-Suite 330, 300 Centerville Road, Warwick, RI 02886 and to Sharon E. Collins-Abbott, Esq., Law Offices of Amy Beretta, 211 Quaker Lane, West Warwick, RI 02893.

/s/ Steven B. Merolla

________________________________