06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**DEFENDANTS' MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**

Now come the Defendants, Kim M. Jolly and Richard E. Spencer, and move this Honorable Court for an extension of time to complete discovery from September 10, 2007 up through and including November 10, 2007. The basis for this Motion is that unexpected delays have arisen with respect to the treatment of the Plaintiff, Sandra Mitton, in this action. These delays have resulted in Plaintiff's treatment reports and information regarding Plaintiff's experts being delayed in being disclosed and produced to the Defendants. Plaintiff has also testified at her deposition of July 24, 2007 that she is still actively treating at this time. Plaintiff has still not provided complete expert disclosure or responded completely to a pending expert interrogatory.

In addition, Defendants are seeking an Order as to expert disclosure in this case by the Plaintiffs to the Defendants on or before September 10, 2007 and thereafter by the Defendants to the Plaintiffs on or before October 10, 2007. Defendant relies upon the attached Memorandum of Law in Support of their Motion.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the **31st** day of **July, 2007** I did send a true copy of the within **MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

and by regular means to **Katherine A. Merolla, Esquire**, Kent Office Building, 469 Centerville Road, Suite 206, Warwick, RI 02886.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**MEMORANDUM OF LAW IN SUPPORT OF THE DEFENDANTS' MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**

**I. Extension of time.**

Originally, Ms. Mitton was treated by Dr. Michael Olin who recommended surgery on her neck. When she began treatment with Dr. Michael Harrison, he felt that conservative measures would be sufficient. At the time of the initial Rule 16 conference before Judge Smith on May 9, 2007, the Plaintiff had almost neared completion of her treatment with her doctor, Michael Harrison. Defendants were advised by Plaintiffs that another doctor may be consulted for a third opinion within the next 30 days.

The Plaintiff, Sandra Mitton, did in fact treat with a third opinion doctor, Dr. Curtis Doberstein, on June 9, 2007 and apparently continues to treat with him. According to her deposition testimony of July 24, 2007, Ms. Mitton is presently receiving a series of three cortisone injections from Dr. Turnier, the third set for mid to late August. At the completion of that injection, according to her testimony, she will call to make follow-up appointments with both Dr. Harrison and Dr. Doberstein. Although Ms. Mitton testified at her deposition that Dr. Doberstein has recommended surgery, his report does not suggest the same. Based upon his report, it appears that Dr. Doberstein concurs with Dr. Harrison and recommended conservative measures in June.

Until Plaintiff completes her current course of treatment and returns to both Dr. Doberstein and Dr. Harrison, it is an uncertainty as to what Plaintiff's medical condition is, and what the recommended course of treatment will be. This lack of information renders it impossible for the Defendants to complete discovery within the current deadline of September 10, 2007. Until Plaintiff's medical status and recommended course of treatment is determined, Defendants are unable to properly prepare a defense to her claim, by seeking/consulting or retaining an appropriate expert, and determining, which, if any, of Plaintiff's experts should be deposed before trial.

In an attempt to complete as much discovery as possible within the present timeframe, Defendants have completed the depositions of Plaintiff, Gregory Mitton, Plaintiffs' accountant, David Huntoon, regarding the loss of business income claim, and the Plaintiff, Sandra Mitton, taken on July 24, 2007 and inclusive of her treatment to that date. The Defendants may need to reconvene and complete the Plaintiff's deposition once she has completed her course of treatment and all of Dr. Doberstein's and Harrison's continued treatment records, and any other treatment records that flow therefrom, have been received. In addition, Defendants may need to depose some of Plaintiffs experts once Plaintiff has completed her treatment and a decision on surgery has been made.

Therefore, Defendants seek a Court Order extending the discovery deadline from September 10, 2007 to November 10, 2007, on the grounds that Plaintiff is actively treating.

**II. <u>Expert Disclosure</u>.**

Defendants have had difficulty in obtaining a response from the Plaintiff to Defendants expert interrogatory, or receiving any expert disclosure. To date, the only information Plantiffs have disclosed regarding their experts is in Answer to Interrogatory No. 10 of Sandra Mitton, as follows: "Without waiving the previously stated objection, Plaintiff expects to call as expert medical witnesses depending on their availability Dr. Michael S. Olin, M.D. of 63 Eddie Dowling Highway, North Smithfield, Rhode Island, Dr. Anthony G. Bruzzese, M.D. of 390 Toll Gate Road, Warwick, Rhode Island and Dr. Curtis Doberstein, M.D. of One Davol Square, Providence, Rhode Island. It is anticipated the doctors will testify as to Plaintiff's disc herniations and causally relate the findings on the MRI films and symptoms to the trauma sustained in the motor vehicle collision of December 22, 2005."

This answer is incomplete as it does not include the specialties of the experts, the substance of the facts which the experts will testify to or any summary of the grounds for each opinion of each expert. There is only one conclusion stated for all experts. It is anticipated that each expert will testify as to different points within their respective specialties and base their opinions on certain bases, however, at this point, Defendants are not advised as to what these will be. In addition, it should be noted that Dr. Bruzzese is not a treating doctor, and Defendants have received no documents and absolutely no information as to what he plans to testify to. Defendants are attempting to resolve these issues absent court intervention and if unsuccessful, a motion to compel will be filed next week.

Based upon this, it is Defendants' position that an expert disclosure timeline is needed to ensure fairness in this case and to allow Defendants ample time to receive expert information from the Plaintiff and prepare a proper defense. This is especially true in light of the possibility of surgery to the Plaintiff. Therefore, Defendants request an Order of this Court requiring that the Plaintiffs provide complete expert disclosure by September 10, 2007, with Defendants expert disclosure to be completed by October 10, 2007.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the **31st** day of **July, 2007** I did send a true copy of the within **MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

and by regular means to **Katherine A. Merolla, Esquire**, Kent Office Building, 469 Centerville Road, Suite 206, Warwick, RI 02886.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com