UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| | : | |
| VS. | : | C.A. NO.:07-028S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**STIPULATION**

The parties, by and through their undersigned counsel, hereby agree to the following entry:

1. The Defendants', Kim M. Jolly and Richard E. Spencer, shall strike the First Affirmative Defense asserting the defense of insufficiency of service of process and Second Affirmative Defense asserting the defense of insufficiency of process from their Answer to the Plaintiffs' Amended Complaint in this matter.

Plaintiffs,

By and through their attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Defendants,

By and through their attorney,

/s/ Sharon Collins-Abbott

Sharon Collins-Abbott, Esq.#4985
LAW OFFICES OF AMY BERETTA
211 Quaker Lane, First Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)

Dated: August 3, 2007