UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA MITTON | : | |
| And GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. NO.: 07-028S |
| | : | |
| KIM M. JOLLY & RICHARD E. | : | |
| SPENCER | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO EXTEND DISCOVERY CLOSURE DATE**

NOW COMES your Plaintiffs, Sandra A. Mitton and Gregory Mitton, in the above-entitled matter and object to the Defendants' Motion to Extend Discovery Closure Date in this matter an additional sixty (60) days. In support of their objection, Plaintiffs rely on the attached Memorandum, which is filed contemporaneously herewith.

Plaintiffs
By and Through Her Attorney,

___/s/ Thomas A. Tarro, III_____________
Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have electronically filed a copy of the foregoing Objection on the 8th day of August, 2007, to:

Sharon Collins-Abbott, Esquire
LAW OFFICES OF AMY BERETTA
211 Quaker Lane
West Warwick, RI 02893

/s/ Thomas A. Tarro, III