*UNITED STATES DISTRICT COURT*
*DISTRICT OF RHODE ISLAND*

| | | |
|---|---|---|
| *SANDRA A. MITTON AND GREGORY MITTON* | : | |
| *PLAINTIFFS* | : | |
| | : | |
| *VS.* | : | *CIVIL ACTION NO. 07-028* |
| | : | |
| *KIM M. JOLLY AND RICHARD E. SPENCER,* | : | |
| *DEFENDANT* | : | |

## *ENTRY OF APPEARANCE*

We hereby enter our appearances as co-counsel to the defendant KIM M. JOLLY in the above-referenced matter.

Defendant,

Kim Jolly,
by his Attorneys,
Merolla & Accetturo

/s/ Steven B. Merolla
No. 4763

/s/ Katherine A. Merolla
No. 2344
Kent Office Building
469 Centerville Road
Suite 206
Warwick, RI 02886
401-739-2900
401-739-2906 (fax)

CERTIFICATION

I hereby certify that on July 18, 2007, I mailed a true copy of the foregoing document to Thomas A. Tarro, III, Esq., Law Firm of Thomas A. Tarro III, The Summit East-Suite 330, 300 Centerville Road, Warwick, RI 02886 and to Sharon E. Collins-Abbott, Esq., Law Offices of Amy Beretta, 211 Quaker Lane, West Warwick, RI 02893.

______________________________

*UNITED STATES DISTRICT COURT*
*DISTRICT OF RHODE ISLAND*

| | | |
|---|---|---|
| *SANDRA A. MITTON AND GREGORY MITTON* | : | |
| *PLAINTIFFS* | : | |
| | : | |
| *VS.* | : | *CIVIL ACTION NO. 07-028* |
| | : | |
| *KIM M. JOLLY AND RICHARD E. SPENCER,* | : | |
| *DEFENDANT* | : | |

## *ENTRY OF APPEARANCE*

We hereby enter our appearances as co-counsel to the defendant KIM M. JOLLY in the above-referenced matter.

Defendant,

Kim Jolly,
by his Attorneys,
Merolla & Accetturo

/s/ Steven B. Merolla
No. 4763

/s/ Katherine A. Merolla
No. 2344
Kent Office Building
469 Centerville Road
Suite 206
Warwick, RI 02886
401-739-2900
401-739-2906 (fax)

CERTIFICATION

I hereby certify that on July 18, 2007, I mailed a true copy of the foregoing document to Thomas A. Tarro, III, Esq., Law Firm of Thomas A. Tarro III, The Summit East-Suite 330, 300 Centerville Road, Warwick, RI 02886 and to Sharon E. Collins-Abbott, Esq., Law Offices of Amy Beretta, 211 Quaker Lane, West Warwick, RI 02893.

____________________________