UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON and GREGORDY MITTON | : | |
| | : | |
| VS. | : | C.A. NO.:07-028S |
| | : | |
| KIM M. JOLLY and RICHARD E. SPENCER | : : | |

**PLAINTIFFS MOTION FOR LEAVE TO TAKE VIDEOTAPE DEPOSITION**

NOW COME your Plaintiffs, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and moves for an Order of this court to videotape the deposition of Dr. Curtis Doberstein, which is scheduled to take place on October 26, 2007. As grounds for their motion, Plaintiffs rely on the attached Memorandum, which his filed contemporaneously herewith.

WHEREFORE, Plaintiff seeks an Order of this court granting a motion allowing the deposition of Dr. Curtis Doberstein to be videotaped.

Plaintiffs,
Sandra Mitton and Gregory Mitton,
By and Through Their Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing Motion on the 24th day of August, 2007, via electronic filing to:

Sharon Collins-Abbott, Esq.
LAW OFFICES OF AMY BERETTA
211 Quaker Lane
West Warwick, RI 02893

___/s/ Thomas A. Tarro, III___________