06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO VIDEOTAPE DR. DOBERSTEIN'S DEPOSITION**

Now come the Defendants, Kim M. Jolly and Richard E. Spencer, and object to Plaintiffs' Motion to Videotape the Discovery Deposition noticed by Defendants of Dr. Curtis Doberstein, for October 26, 2007. As grounds for this Objection, Defendants rely upon the attached Memorandum of Law. Wherefore, Defendants respectfully request that the Plaintiffs' Motion be denied.

Defendants also respectfully request that should a hearing date be assigned in this matter, that it be assigned on or after September 12, 2007 as counsel is court excused and will be out of the country and returning to the office on September 12, 2007.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the **28th** day of **August, 2007** I did send a true copy of the within **DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO VIDEOTAPE DR. DOBERSTEIN'S DEPOSITION** by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com
smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com