06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

## NOTICE TO TAKE DEPOSITION

Please take notice that the Defendants, Kim M. Jolly and Richard E. Spencer, will conduct the Discovery Deposition by stenographic means of **CURTIS E. DOBERSTEIN,** pursuant to F.R.C.P. 26(b)(4) and 30 on oral examination before a duly authorized notary public, or some other duly authorized person, at UNIVERSITY NEUROSURGERY, INC., One Davol Square, Providence, RI 02903, on **October 26, 2007** at **8:00 a.m.**

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the 20th day of September, 2007 I did send a true copy of the within Deposition Notice of Dr. Curtis E. Doberstein by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

Callaghan Reporting Service
P.O. Box 3658
Cranston, RI 02910

Katherine A. Merolla, Esquire
Merolla & Accetturo
469 Centerville Road, Suite 206
Warwick, RI 02886

Dr. Curtis E. Doberstein
University Neurosurgery, Inc.
One Davol Square
Providence, RI 02903

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com