06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

# *MOTION FOR PHYSICAL EXAMINATION*

Now comes the Defendants, Kim M. Jolly and Richard E. Spencer, and move this Honorable Court for an Order compelling the plaintiff, **Sandra Mitton**, to submit to a physical examination pursuant to R.C.P. 35 as follows:

***Stephen Saris, M.D.***
**Neurosurgery Associates Inc.**
**3 Davol Square, Suite B200**
**Providence, RI 02903**

***DATE: October 9, 2007***

***TIME: 9:15 A..M.***

The basis for this examination is that plaintiff is still treating as a result of an automobile accident which occurred on or about December 22, 2005 and is contending that surgical intervention is needed.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the 20th day of September, 2007 I did send a true copy of the within Motion for Physical Examination by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com
smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com