06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

# DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSE TO THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

Now come the defendants and hereby move this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order compelling the plaintiff, Sandra Mitton, to provide a further response to the Third Request for Production of Documents, as follows:

REQUEST: Any and all Plaintiff's medical records, bills and reports of whatever nature and kind including office notes and all diagnostic testing, reports and films from Dr. Curtis Doberstein.

RESPONSE: On the enclosed CD-R, please find the report of Dr. Curtis Doberstein, dated June 5, 2007, Bate Stamped 248 through 249.

COMMENT: Defendants have still not received a copy of Dr. Doberstein's bill for his June 5, 2007 date of service.

A twenty (20) day Order is hereby requested.

## CERTIFICATION

I, Sharon E. Collins-Abbott #4985, hereby certify that pursuant to Rule 37 of the Federal Rules of Civil Procedure, I made a good faith effort by writing to **Thomas Tarro, Esquire,** opposing counsel, to resolve the pending discovery issues raised by this motion, but such efforts have been unsuccessful.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the 20th day of September, 2007 I did send a true copy of the within Motion to Compel Further Response to the Third Request for Production of Documents by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com