06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

# DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSE TO FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS

Now come the defendants and hereby move this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order compelling the plaintiff, Sandra Mitton, to provide a further response to the Fourth Request for Production of Documents, as follows:

REQUEST No.1: Any and all of plaintiff's medical records, bills and reports of whatever nature and kind including office notes and all diagnostic testing, reports and films regarding the epidural steroid injections received by the Plaintiff as referred to in Dr. Doberstein's June 5, 2000 report and in Dr. Michael J. Harrison's reports of April 30, 2007 and May 30, 2007.

RESPONSE: Objection. Plaintiffs object to the request on the grounds that the documents sought have already been produced, as part of Plaintiff's Supplemental Rule 26 required disclosure, which was forwarded to defense counsel on or about July 20, 2007. Said disclosure included the medical reports and bills of Edgard Turniner, MD, which are Bate Stamped Nos. 250-255.

COMMENT: Defendant has not received reports for July 17, 2007 or the report or encounter form for the August 14, 2007 treatment. In addition, Defendants are in need of billing for both the July 17, 2007 and August 14, 2007 procedures.

REQUEST No.2: Any and all of plaintiff's medical records, bills and reports of whatever nature and kind including office notes and all diagnostic testing, reports and films from Dr. Anthony Bruzzese.

RESPONSE: There are none at this time.

COMMENT: The expert report prepared and produced by Plaintiff on behalf of Dr. Bruzzese is insufficient in that it does not comply with the guidelines for expert reports pursuant to Rule 26 of the Federal Rules of Civil Procedure. Defendant seeks a complete expert report in compliance with Rule 26 of the Federal Rules of Civil Procedure.

A twenty (20) day Order is hereby requested.

**CERTIFICATION**

I, Sharon E. Collins-Abbott #4985, hereby certify that pursuant to Rule 37 of the Federal Rules of Civil Procedure, I made a good faith effort by writing to **Thomas Tarro, Esquire,** opposing counsel, to resolve the pending discovery issues raised by this motion, but such efforts have been unsuccessful.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the 20th day of September, 2007 I did send a true copy of the within Motion to Compel Further Response to the Fourth Request for Production of Documents by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com