UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON and<br>GREGORDY MITTON | : | |
| | : | |
| VS. | : | C.A. NO.:07-028S |
| | : | |
| KIM M. JOLLY and<br>RICHARD E. SPENCER | :<br>: | |

**NOTICE OF TELEPHONIC DEPOSITION**

**DEPONENT: KIM M. JOLLY**

**TO:** Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

Sharon Collins-Abbott, Esq.
LAW OFFICES OF AMY BERETTA
211 Quaker Lane
West Warwick, RI 02893

**TIME & DATE OF TAKING: Friday, October 5, 2007 at 11:00 a.m.**

Please take notice that the Plaintiffs, Sandra Mitton and Gregory Mitton, will take the testimony on oral examination, via telephone, of **KIM M. JOLLY on Friday, October 5, 2007 at 11:00 a.m.** at the office of **Thomas A. Tarro, III, Esq., The Summit East, 300 Centerville Road, Suite 330, Warwick, Rhode Island 02886**, before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By and Through His Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Notice of Deposition*** on the 21st day of September, 2007, to

Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

Sharon Collins-Abbott, Esq.
LAW OFFICES OF AMY BERETTA
211 Quaker Lane
West Warwick, RI 02893

/s/ Thomas A. Tarro