UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA MITTON and GREGORY MITTON | : | |
| VS. | : | C.A. NO.: 07-028S |
| KIM M. JOLLY & RICHARD E. SPENCER | : | |

**PLAINTIFF'S MOTION FOR CONTINUANCE**

Now come the Plaintiffs in the above-entitled matter pursuant to Rule 39.2 of the Local Rules of U.S. Federal District Court and moves for a continuance of the hearing scheduled for September 28, 2007 with regard to the Motion for Physical Examination filed by the Defendants pursuant to F.R.C.P. 35. As grounds for said continuance, the undersigned counsel states as follows:

1. The Motion for Physical Examination was received electronically on September 20, 2007 at 2:34 p.m.

2. Pursuant to Rule 7(b)(1) of the Local Rules, the Plaintiff has ten (10) days after service of the motion to file an objection. In this particular case, that would be October 1, 2007, in that September 30, 2007 falls on a Sunday.

3. The undersigned counsel has been Court excused during the period of September 26, 2007 through and including October 2, 2007. During this period of time, the undersigned counsel will be attending a seminar in Las Vegas, Nevada pertaining to nursing home

litigation. The undersigned counsel has prepaid for the seminar and the flight and has hotel accommodations reserved. A copy of the Court excusal is attached.

For the reasons set forth herein, the undersigned counsel requests that he be permitted to file an objection in accordance with the time period set forth by the Local Rules and request that this Court reschedule the hearing on the motion to either the afternoon of Wednesday, October 3, 2007 or Friday, October 5, 2007 or some date thereafter.

Plaintiffs,
Sandra Mitton and Gregory Mitton,
By and Through Their Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing Motion for Continuance on the 25th day of September, 2007, to:

Sharon Collins-Abbott, Esq.
LAW OFFICES OF AMY BERETTA
211 Quaker Lane
West Warwick, RI 02893

/s/ Thomas A. Tarro, III