8/20/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

*IN RE: THOMAS A. TARRO, III, ESQ.*

**PETITION FOR EXCUSAL**

Now comes the Petitioner, Thomas A. Tarro, III, Esq., and moves this Court to be excused from all Court appearances during the period of time from September 26, 2007 through October 2, 2007.

The Petitioner will be out-of-state during said period of time.

Based on the foregoing, Petitioner requests an excusal from all Court appearances as set forth above.

Those matters which Petitioner is counsel of record are as follows:

Sandra A. Mitton v. Kim M. Jolly and Richard E. Spencer, C.A. No. 07-028S

John MacArthur v. O'Connor Corporation and O'Connor Constructors, Inc., C.A. No, 06-478S

Thomas A. Tarro, III #2046
LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 3330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 facsimile

GRANTED except as to any emergency matters that may occur during the period of the excuse.

Ernest C. Torres, U.S. District Judge
Date: 9/14/07 By

OK RRL

OK MML

OK WES.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

*IN RE: THOMAS A. TARRO, III, ESQ.*

**ORDER**

It is hereby ordered that Thomas A. Tarro, III, Esquire, is excused from all Federal Court appearances during the period of time from September 26 through October 2, 2007.

Entered as an Order of this Court this _______day of ___________, 2007.

ENTER: PER ORDER:

______________________________ ______________________________

## CERTIFICATION

I hereby certify that I mailed a copy of the within Petition for Excusal, postage prepaid, to the following counsel of record on this 17th day of August, 2007.

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Lauren Motola-Davis, Esq.
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

John Walsh, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Sharon E. Collins-Abbott, Esq.
Law Offices of Amy Beretta
211 Quaker Lane
West Warwick, RI 02893

Judy Tano