UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA MITTON<br>GREGORY MITTON | : | |
| VS. | : | C.A. NO.: 07-028S |
| KIM M. JOLLY & RICHARD E. SPENCER | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSE TO FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO. 1**: Any and all of Plaintiff's medical records, bills and reports of whatever nature and kind including office notes and all diagnostic testing, reports and films regarding the epidural steroid injections received by the Plaintiff as referred to in Dr. Doberstein's June 5, 2000 report and in Dr. Michael J. Harrison's reports of April 30, 2007 and May 30, 2007.

**RESPONSE**: Objection. Plaintiffs object to the request on the grounds that the documents sought have already been produced, as part of Plaintiff's Supplemental Rule 26 required disclosure, which was forwarded to defense counsel on or about July 20, 2007. Said disclosure included the medical reports and bills of Edgard Turniner, MD, which re Bate Stamped Nos. 250-255.

**COMMENT**: Defendant has not received reports for July 17, 2007 or the report or encounter form for the August 14, 2007 treatment. In addition, Defendants are in need of billing for both the July 17, 2007 and August 14, 2007 procedures.

**ARGUMENT**: Plaintiffs object to the Defendants' Motion to Compel. From the outset, and contrary to the representations made in the Defendants' motion, the Plaintiff has previously forwarded medical records from Dr. Turnier regarding the Plaintiff's visit on July 17, 2007; it was produced in a Supplemental Response to Document Requests and identified as Bate Stamp No. 253. Moreover, Plaintiffs have previously provided to defense counsel a copy of the bill for the July 17, 2007 visit, which has been produced in Supplemental Response to Document Requests and identified as Bate Stamp No. 255.

As to the medical report of Dr. Turnier related to the visit of August 14, 2007, Plaintiffs' counsel has made a request to Dr. Turnier's office for these records and they will be provided to defense counsel immediately upon receipt.

Based on the foregoing, the Plaintiff's Motion to Compel should be denied.

**REQUEST NO. 2**: Any and all of plaintiff's medical records, bills and reports of whatever nature and kind including office notes and all diagnostic testing, reports and films of Dr. Anthony Bruzzese.

**RESPONSE**: There are none at this time.

**COMMENT**: The expert report prepared and produced by Plaintiff on behalf of Dr. Bruzzese is insufficient in that it does not comply with the guidelines for expert reports pursuant to Rule 26 of the Federal Rules of Civil Procedure. Defendant seeks a complete expert report in compliance with Rule 26 of the Federal Rules of Civil Procedure.

**ARGUMENT**: The Plaintiffs have previously provided to defense counsel the report of Dr. Bruzzese dated August 10, 2007. Moreover, Plaintiffs have provided supplemental response to the expert interrogatory indicating that Dr. Bruzzese will testify in accordance with his opinions set forth in said report, and further, that the grounds for his opinions are based on his review of the medical records concerning treatment rendered to the Plaintiff, including the MRI films, and upon his education, training and expertise.

Based on the foregoing, the Defendants' Motion to Compel should be denied.

Plaintiff,
By and Through Her Attorney,

___/s/ Thomas A. Tarro, III____________

Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I have electronically filed a copy of the foregoing Objection on the 27TH day of September, 2007, to:

Sharon Collins-Abbott, Esquire
LAW OFFICES OF AMY BERETTA
211 Quaker Lane
West Warwick, RI 02893

Steven B. Merolla, Esq.
Katherine A. Merolla, Esq.
Merolla & Accetturo
469 Centerville Road, Suite 206
Warwick, RI 02886

/s/ Thomas A. Tarro, III