P.03

06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON<br>GREGORY MITTON | : | |
| VS. | : | C.A. 07-028-S |
| KIM M. JOLLY and<br>RICHARD E. SPENCER | : | |

**AFFIDAVIT OF DR. STEPHEN SARIS**

Now comes Dr. Stephen Saris and hereby attests as follows:

1. That I am a duly licensed board certified neurosurgeon in the Commonwealth of Massachusetts and the State of Rhode Island.
2. That I have scheduled an appointment to provide an Independent Medical Exam upon the Plaintiff, Sandra Mitton, in the above-entitled action on October 9, 2007. That the intent of this examination is to perform a general neurological exam upon the Plaintiff by taking a history from the patient, as well as performing a physical examination, including general neurological examination ~~(Will any testing be conducted)~~. No diagnostic testing such as an EMG.
3. That I have set aside a one (1) hour time slot to perform this examination.
4. That I have performing independent medical examinations for the past eighteen (18) years and never have I had occasion to have an independent medical examination videotaped or received any requests for the same.
5. That to allow the videotaping of this independent medical examination would be an unreasonable intrusion upon my examination and evaluation, as well as being distracting and interfering to the evaluation process.