6. That the intent of the examination is to allow me an opportunity to perform a physical examination of Plaintiff, Sandra Mitton, in addition to reviewing the medical records to provide a complete picture upon which I may render a medical opinion in this case.

DR. STEPHEN SARIS

STATE OF RHODE ISLAND
COUNTY OF Providence

Subscribed and sworn to before me this 4 day of October 2007.

Lucia Beaumier
Notary Public
Term Expires 6/9/11