UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| | : | |
| VS. | : | C.A. NO.: 07-028S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**AFFIDAVIT UNDER § 9-19-38 OF THE GENERAL LAWS OF RHODE ISLAND ENTITLED "PROOF OF LIFE EXPECTANCY"**

Now comes Plaintiff's Attorney and makes affidavit under oath and says as follows:

1. I represent Plaintiff in the above captioned matter.
2. I have the most recent issue of the "National Vital Statistics of the United States, Life Table for White Females Report, 2003."
3. Based on the "National Vital Statistics Report, Life Table for White Females: 2003," the life expectancy of a Thirty-four (34) to Thirty-five year old White Female is Forty-seven and One-half (47.5) years.
4. Attached hereto is a true and accurate copy of the "National Vital Statistics Report, Life Table for White Females: United States, 2003".

Plaintiff,
By Her Attorney,

Thomas A. Tarro, III, Esq. #2046
The Summit East, Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Subscribed and sworn to under penalties of perjury this 15th day of October 2007, in Warwick, Rhode Island.

Notary Public
My commission expires: 7/4/09

**AFFIDAVIT OF NOTICE**

The undersigned makes affidavit under oath that a true copy of the above Affidavit was mailed, certified mail, return receipt requested, to Defendants' attorneys, not less than ten (10) days before trial and a copy of said return receipt is attached hereto and made part hereof.

Sharon E. Collins-Abbott, Esq.
Law Offices of Amy Beretta
211 Quaker Lane
West Warwick, RI 02893

Katherine A. Merolla, Esq.
Merolla & Accetturo
469 Centerville Road, Suite 206
Warwick, RI 02886

Subscribed and sworn to before me this 15th day of October, 2007.

Notary Public
My commission expires: 7/4/09

## Table 6. Life table for white females: United States, 2003

Click here for spreadhseet version

[Race categories are consistent with the 1977 Office of Management and Budget guidelines]

| Age | Probability of dying between ages x to x+1 $q(_x)$ | Number surviving to age x $l(_x)$ | Number dying between ages x to x+1 $d(_x)$ | Person-years lived between ages x to x+1 $L(_x)$ | Total number of person-years lived above age x $T(_x)$ | Expectation of life at age x $e(_x)$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005052 | 100,000 | 505 | 99,551 | 8,043,520 | 80.4 |
| 1–2 | 0.000374 | 99,495 | 37 | 99,476 | 7,943,969 | 79.8 |
| 2–3 | 0.000270 | 99,458 | 27 | 99,444 | 7,844,493 | 78.9 |
| 3–4 | 0.000199 | 99,431 | 20 | 99,421 | 7,745,049 | 77.9 |
| 4–5 | 0.000171 | 99,411 | 17 | 99,402 | 7,645,628 | 76.9 |
| 5–6 | 0.000146 | 99,394 | 15 | 99,387 | 7,546,226 | 75.9 |
| 6–7 | 0.000131 | 99,379 | 13 | 99,373 | 7,446,839 | 74.9 |
| 7–8 | 0.000120 | 99,366 | 12 | 99,360 | 7,347,467 | 73.9 |
| 8–9 | 0.000109 | 99,354 | 11 | 99,349 | 7,248,106 | 73.0 |
| 9–10 | 0.000099 | 99,343 | 10 | 99,339 | 7,148,758 | 72.0 |
| 10–11 | 0.000092 | 99,334 | 9 | 99,329 | 7,049,419 | 71.0 |
| 11–12 | 0.000097 | 99,324 | 10 | 99,320 | 6,950,090 | 70.0 |
| 12–13 | 0.000119 | 99,315 | 12 | 99,309 | 6,850,770 | 69.0 |
| 13–14 | 0.000164 | 99,303 | 16 | 99,295 | 6,751,461 | 68.0 |
| 14–15 | 0.000226 | 99,287 | 22 | 99,276 | 6,652,166 | 67.0 |
| 15–16 | 0.000298 | 99,264 | 30 | 99,250 | 6,552,891 | 66.0 |
| 16–17 | 0.000366 | 99,235 | 36 | 99,217 | 6,453,641 | 65.0 |
| 17–18 | 0.000418 | 99,199 | 41 | 99,178 | 6,354,425 | 64.1 |
| 18–19 | 0.000445 | 99,157 | 44 | 99,135 | 6,255,247 | 63.1 |
| 19–20 | 0.000452 | 99,113 | 45 | 99,091 | 6,156,112 | 62.1 |
| 20–21 | 0.000456 | 99,068 | 45 | 99,045 | 6,057,021 | 61.1 |
| 21–22 | 0.000464 | 99,023 | 46 | 99,000 | 5,957,976 | 60.2 |
| 22–23 | 0.000469 | 98,977 | 46 | 98,954 | 5,858,976 | 59.2 |
| 23–24 | 0.000472 | 98,930 | 47 | 98,907 | 5,760,022 | 58.2 |
| 24–25 | 0.000474 | 98,884 | 47 | 98,860 | 5,661,115 | 57.3 |
| 25–26 | 0.000477 | 98,837 | 47 | 98,813 | 5,562,255 | 56.3 |
| 26–27 | 0.000483 | 98,790 | 48 | 98,766 | 5,463,441 | 55.3 |
| 27–28 | 0.000494 | 98,742 | 49 | 98,718 | 5,364,675 | 54.3 |
| 28–29 | 0.000511 | 98,693 | 50 | 98,668 | 5,265,958 | 53.4 |
| 29–30 | 0.000535 | 98,643 | 53 | 98,616 | 5,167,290 | 52.4 |
| 30–31 | 0.000563 | 98,590 | 55 | 98,562 | 5,068,673 | 51.4 |
| 31–32 | 0.000597 | 98,535 | 59 | 98,505 | 4,970,111 | 50.4 |
| 32–33 | 0.000640 | 98,476 | 63 | 98,444 | 4,871,606 | 49.5 |
| 33–34 | 0.000693 | 98,413 | 68 | 98,379 | 4,773,162 | 48.5 |
| 34–35 | 0.000759 | 98,345 | 75 | 98,307 | 4,674,783 | 47.5 |
| 35–36 | 0.000830 | 98,270 | 82 | 98,229 | 4,576,476 | 46.6 |
| 36–37 | 0.000910 | 98,188 | 89 | 98,144 | 4,478,247 | 45.6 |
| 37–38 | 0.001005 | 98,099 | 99 | 98,050 | 4,380,103 | 44.6 |
| 38–39 | 0.001114 | 98,000 | 109 | 97,946 | 4,282,053 | 43.7 |
| 39–40 | 0.001232 | 97,891 | 121 | 97,831 | 4,184,107 | 42.7 |
| 40–41 | 0.001352 | 97,771 | 132 | 97,705 | 4,086,276 | 41.8 |
| 41–42 | 0.001473 | 97,638 | 144 | 97,566 | 3,988,572 | 40.9 |
| 42–43 | 0.001597 | 97,495 | 156 | 97,417 | 3,891,005 | 39.9 |
| 43–44 | 0.001727 | 97,339 | 168 | 97,255 | 3,793,589 | 39.0 |
| 44–45 | 0.001867 | 97,171 | 181 | 97,080 | 3,696,334 | 38.0 |
| 45–46 | 0.002021 | 96,989 | 196 | 96,891 | 3,599,254 | 37.1 |
| 46–47 | 0.002185 | 96,793 | 212 | 96,688 | 3,502,363 | 36.2 |
| 47–48 | 0.002356 | 96,582 | 228 | 96,468 | 3,405,675 | 35.3 |
| 48–49 | 0.002530 | 96,354 | 244 | 96,232 | 3,309,207 | 34.3 |
| 49–50 | 0.002715 | 96,110 | 261 | 95,980 | 3,212,975 | 33.4 |
| 50–51 | 0.002915 | 95,850 | 279 | 95,710 | 3,116,995 | 32.5 |
| 51–52 | 0.003144 | 95,570 | 300 | 95,420 | 3,021,285 | 31.6 |
| 52–53 | 0.003413 | 95,270 | 325 | 95,107 | 2,925,865 | 30.7 |
| 53–54 | 0.003730 | 94,945 | 354 | 94,767 | 2,830,758 | 29.8 |
| 54–55 | 0.004093 | 94,590 | 387 | 94,397 | 2,735,990 | 28.9 |
| 55–56 | 0.004494 | 94,203 | 423 | 93,992 | 2,641,594 | 28.0 |
| 56–57 | 0.004930 | 93,780 | 462 | 93,549 | 2,547,602 | 27.2 |
| 57–58 | 0.005410 | 93,318 | 505 | 93,065 | 2,454,053 | 26.3 |
| 58–59 | 0.005945 | 92,813 | 552 | 92,537 | 2,360,988 | 25.4 |
| 59–60 | 0.006549 | 92,261 | 604 | 91,959 | 2,268,451 | 24.6 |
| 60–61 | 0.007263 | 91,657 | 666 | 91,324 | 2,176,493 | 23.7 |
| 61–62 | 0.008069 | 90,991 | 734 | 90,624 | 2,085,169 | 22.9 |
| 62–63 | 0.008897 | 90,257 | 803 | 89,855 | 1,994,545 | 22.1 |
| 63–64 | 0.009697 | 89,454 | 867 | 89,020 | 1,904,690 | 21.3 |
| 64–65 | 0.010497 | 88,586 | 930 | 88,121 | 1,815,670 | 20.5 |

## Table 6. Life table for white females: United States, 2003—Con.

Click here for spreadhseet version

[Race categories are consistent with the 1977 Office of Management and Budget guidelines]

| Age | Probability of dying between ages $x$ to $x$+1 $q(_x)$ | Number surviving to age $x$ $l(_x)$ | Number dying between ages $x$ to $x$+1 $d(_x)$ | Person-years lived between ages $x$ to $x$+1 $L(_x)$ | Total number of person-years lived above age $x$ $T(_x)$ | Expectation of life at age $x$ $e(_x)$ |
|---|---|---|---|---|---|---|
| 65–66 | 0.011379 | 87,656 | 997 | 87,158 | 1,727,548 | 19.7 |
| 66–67 | 0.012423 | 86,659 | 1,077 | 86,121 | 1,640,390 | 18.9 |
| 67–68 | 0.013616 | 85,582 | 1,165 | 85,000 | 1,554,270 | 18.2 |
| 68–69 | 0.014964 | 84,417 | 1,263 | 83,786 | 1,469,270 | 17.4 |
| 69–70 | 0.016450 | 83,154 | 1,368 | 82,470 | 1,385,484 | 16.7 |
| 70–71 | 0.018000 | 81,786 | 1,472 | 81,050 | 1,303,014 | 15.9 |
| 71–72 | 0.019675 | 80,314 | 1,580 | 79,524 | 1,221,964 | 15.2 |
| 72–73 | 0.021611 | 78,734 | 1,702 | 77,883 | 1,142,440 | 14.5 |
| 73–74 | 0.023874 | 77,032 | 1,839 | 76,113 | 1,064,558 | 13.8 |
| 74–75 | 0.026423 | 75,193 | 1,987 | 74,200 | 988,445 | 13.1 |
| 75–76 | 0.029035 | 73,206 | 2,126 | 72,144 | 914,245 | 12.5 |
| 76–77 | 0.031746 | 71,081 | 2,257 | 69,952 | 842,102 | 11.8 |
| 77–78 | 0.034881 | 68,824 | 2,401 | 67,624 | 772,149 | 11.2 |
| 78–79 | 0.038644 | 66,424 | 2,567 | 65,140 | 704,525 | 10.6 |
| 79–80 | 0.043048 | 63,857 | 2,749 | 62,482 | 639,385 | 10.0 |
| 80–81 | 0.047852 | 61,108 | 2,924 | 59,646 | 576,903 | 9.4 |
| 81–82 | 0.052956 | 58,184 | 3,081 | 56,643 | 517,257 | 8.9 |
| 82–83 | 0.058712 | 55,102 | 3,235 | 53,485 | 460,614 | 8.4 |
| 83–84 | 0.065354 | 51,867 | 3,390 | 50,172 | 407,129 | 7.8 |
| 84–85 | 0.073047 | 48,478 | 3,541 | 46,707 | 356,957 | 7.4 |
| 85–86 | 0.080703 | 44,936 | 3,627 | 43,123 | 310,250 | 6.9 |
| 86–87 | 0.089080 | 41,310 | 3,680 | 39,470 | 267,127 | 6.5 |
| 87–88 | 0.098228 | 37,630 | 3,696 | 35,782 | 227,657 | 6.0 |
| 88–89 | 0.108197 | 33,934 | 3,672 | 32,098 | 191,875 | 5.7 |
| 89–90 | 0.119037 | 30,262 | 3,602 | 28,461 | 159,777 | 5.3 |
| 90–91 | 0.130795 | 26,660 | 3,487 | 24,916 | 131,316 | 4.9 |
| 91–92 | 0.143513 | 23,173 | 3,326 | 21,510 | 106,400 | 4.6 |
| 92–93 | 0.157230 | 19,847 | 3,121 | 18,287 | 84,890 | 4.3 |
| 93–94 | 0.171979 | 16,727 | 2,877 | 15,288 | 66,603 | 4.0 |
| 94–95 | 0.187784 | 13,850 | 2,601 | 12,550 | 51,314 | 3.7 |
| 95–96 | 0.204660 | 11,249 | 2,302 | 10,098 | 38,765 | 3.4 |
| 96–97 | 0.222609 | 8,947 | 1,992 | 7,951 | 28,667 | 3.2 |
| 97–98 | 0.241622 | 6,955 | 1,681 | 6,115 | 20,715 | 3.0 |
| 98–99 | 0.261675 | 5,275 | 1,380 | 4,585 | 14,600 | 2.8 |
| 99–100 | 0.282729 | 3,894 | 1,101 | 3,344 | 10,016 | 2.6 |
| 100+ | 1.00000 | 2,793 | 2,793 | 6,672 | 6,672 | 2.4 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Tarro III, Esq.
The Law Firm of Thomas A. Tarro III
[illegible] Centerville [illegible]
The Summit [illegible]
Warwick, RI [illegible]

Mitton v. Jolly et al [illegible]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Katherine Merolla, Esq.
Kent Office Building
469 Centerville Road
Suite 206
Warwick, RI 02886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 10-16-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 0810 0005 1877 1562

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

PROVIDENCE RI 029

16 OCT 2007 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Tarro III, Esq
The Law Firm of Thomas A Tarro III
300 Centerville Road
The Summit East - Suite 330
Warwick, RI 02886

200 Mitton v. Jolly et al

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sharon Collins-Abbott
Law Offices of Amy Beretta
211 Quaker Lane
West Warwick, RI
02893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) D. Cherubino
C. Date of Delivery 10/17/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0810 0005 1877 1555

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540