06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**OBJECTION TO PLAINTIFFS' AFFIDAVIT**

Defendants, Kim M. Jolly and Richard E. Spencer, object to the Affidavit Under §9-19-38 of the General Laws of Rhode Island Entitled "Proof of Life Expectancy" filed by the Plaintiffs, on the following grounds:

1. The affidavit presents "proof" that is not sufficiently clear and unambiguous to qualify for admission.

2. The Affidavit contains information which is irrelevant and immaterial to the issues involved in this matter, as no permanency rating has been assigned by any of Plaintiffs' treating doctors and, therefore, no testimony supporting the same will be presented by Plaintiffs to support permanency.

3. The information contained in the Affidavit fails to meet the standard of admissibility articulated in Daubert v. Merrill Dow Pharmaceuticals, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993); Kumho Tire Co., Ltd. v. Carmichael, 119 S.Ct. 1167 (1999); DiPetrillo, et. al v. The Dow Chemical Company, W.L. 274475 (R.I. 1999).

4. The affidavit contains opinions that the affiant is not qualified to make.

5. The affidavit does not comply with the requirements of R.I.G.L. 9-19-38.

6. The affidavit contains information for which a proper foundation has not been made.

7. The affidavit does not qualify for admission as it fails to comply with the Federal Rules of Civil Procedure.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

# CERTIFICATION

I, the undersigned, hereby certify that on the 19th day of October, 2007 I did send a true copy of the within **Objection to Plaintiffs' Affidavit** by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com
smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com