06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

NOTICE OF APPEAL

Now come the Defendants and give notice that they are appealing pursuant to L.R. Cv.72(c) the ruling of Magistrate Almond denying the Defendants' Motion for a Rule 35 Physical Examination of Plaintiff, Sandra Mitton, by Dr. Stephen Saris. The basis for the appeal is that Defendants did show good cause for the examination and provided adequate disclosure of the manner, conditions, and scope of the proposed examination. Therefore, Defendants' Motion for Rule 35 Physical Examination should have been granted. Defendants' rely upon the attached Memorandum of Law in support of their appeal, as well as copies of the transcript of evidentiary hearing before Magistrate Almond on October 5, 2007, (filed with the Court on 10/16/07 as Document Number 53) and the Docket Text Order of Magistrate Almond entered at 3:54 p.m. on October 5, 2007 denying Defendants' Motion.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the 19th day of October, 2007 I did send a true copy of the within Notice of Appeal by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com
smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com