06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**DEFENDANTS' MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**

Now come the Defendants, Kim M. Jolly and Richard E. Spencer, and move this Honorable Court for an extension of time to complete discovery from November 10, 2007 up through and including November 24, 2007. The basis for this Motion is that the deposition of Dr. Curtis Doberstein, one of Plaintiff's treating doctors, is presently scheduled for October 26, 2007, which was the earliest available date of the doctor when the same was scheduled on August 22, 2007. At the conclusion of Dr. Doberstein's deposition, Defendants will require an opportunity to obtain the transcript and review the same with Defendants' expert, Dr. Stephen Saris. Thereafter, Dr. Saris will require an opportunity to amend his Rule 26 expert report, prior to the close of discovery.

Plaintiff, Sandra Mitton allegedly sustained a cervical injury as a result of this accident and was treated by Dr. Michael Olin who recommended surgery on her neck. She thereafter began treatment with Dr. Michael Harrison, who felt that conservative measures would be sufficient. The Plaintiff, Sandra Mitton, then sought a third opinion from Dr. Curtis Doberstein, on June 5, 2007, who gave no indication either way in his report as to whether surgery was necessary, although Plaintiff Sandra Mitton testified at her deposition on July 24, 2007, that he verbally advised her that she did in fact need

surgery. Based solely upon his report, it appears that Dr. Doberstein concurs with Dr. Harrison and recommended conservative measures in June.

The deposition of Dr. Doberstein will be conducted on October 26, 2007. Obviously, his testimony is key in this case. Defendants seek only a brief two week extension of time of the discovery deadline, to allow receipt and review of the transcript, and their expert an opportunity to amend his Rule 26 report as needed, based upon the same.

Dr. Saris has advised defense counsel that he will be out of town from October 21, 2007 through to October 25, 2007 to testify at trial in California, and is very heavily booked with appointments upon his return. Therefore, Defendants will require some additional time for their expert to review Dr. Doberstein's testimony and amend his Rule 26 report accordingly.

Therefore, Defendants seek a Court Order extending the discovery deadline from November 10, 2007 to November 24, 2007, and the deadline for filing pre-trial memoranda in this matter extended to thirty (30) days thereafter, on or before December 24, 2007.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

# CERTIFICATION

I, the undersigned, hereby certify that on the **19th** day of **October, 2007** I did send a true copy of the within **MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com