UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON and | : | |
| GREGORY MITTON | : | |
| v. | : | C.A. NO.: 07-028S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF APPEAL**

NOW COME your Plaintiffs and file the instant Response to the Defendants' Notice of Appeal from the Order of Magistrate Almond, dated October 5, 2007 wherein he denied the Defendants' Motion for Rule 35 Physical Examination of the Plaintiff, Sandra Mitton. Plaintiffs submit that the Order, dated October 5, 2007, should be affirmed as it is consistent with the law and not clearly erroneous.

Plaintiffs rely on the Memorandum in Support filed contemporaneously herewith.

WHEREFORE, the Plaintiffs request this Court deny and dismiss the Defendants' Appeal of Magistrate Almond's Order, dated October 5, 2007.

Plaintiffs,
By and Through Their Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III, (#2046)
The Law Firm of Thomas A. Tarro III
Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 – Fax

## CERTIFICATION

I, the undersigned, do hereby certify this 30th day of October 2007, which I have mailed a true copy of the within ***Plaintiffs Response to Defendants' Notice of Appeal*** to:

Sharon E. Collins-Abbott, Esq.
Law Offices of Amy Beretta
211 Quaker Lane
West Warwick, RI 02893

Katherine A. Merolla, Esq.
Merolla & Accetturo
469 Centerville Road, Suite 206
Warwick, RI 02886

/s/ Thomas A. Tarro, III