## RECORD REVIEW ON SANDRA MITTON

On July 22, 1995, she was seen at Kent County Memorial Hospital with neck pain following a motor vehicle accident. Neck x-rays were normal. She was five months pregnant at the time. She was felt to have a soft tissue neck injury and sent home.

**On December 22, 2005, Ms. Sandra claims that she was seriously injured after a rear-end motor vehicle accident.**

On December 22, 2005, an ambulance report was created. The diagnosis was neck sprain and lumbar sprain.

On December 22, 2005, she was seen at Kent Hospital Emergency Room. **Shoulder, chest, clavicle, thoracic, and a cervical x-rays were normal.** There was a few millimeter posterior offset of C4 on C5. Flexion and extension films were recommended. On the emergency room record, dorsal neck pain is indicated. A rear-end collision is described with a lap/shoulder harness. Another diagram indicates the left shoulder, the left lower rib cage, and back. She was given a soft tissue injury patient guide and, I believe, sent home.

**On December 23, 2005, a cervical CT was performed and was normal.**

On December 23, 2005, she was seen in the Kent Hospital Emergency Room. She was felt to have a soft tissue neck injury. Her CT was normal. She had been in a motor vehicle accident. She indicated dorsal neck pain.

On January 3, 2006, she was seen at West Bay Orthopedic Services. She is described as a 33-year-old woman with neck and left shoulder blade pain, and both upper and lower back pain following a motor vehicle accident on December 22, 2005. She continued to have left-sided neck pain. Her legs felt heavy. Neurological examination was normal. She was felt to have a soft tissue neck injury and a soft tissue back injury.

On January 18, 2006, Dr. Franzese, a chiropractor, described numerous injuries as a consequence of an MVA on December 22, 2005. She was disabled and prognosis was guarded.

On January 31, 2007, Dr. Olin saw her. She is described as a 34-year-old who had been in a car accident a little over one year previously. Neurological examination was normal. An MRI was recommended.

Between January 11, 2006, and May 1, 2006, her ongoing problems and the treatment for them are described by Dr., I believe, Franzese. The final visit of May 1, 2006, she continued to have tightness of her neck and back.

Between January 11, 2006, and May 1, 2006, Dr. Franzese created dozens of charges for treatments.

On May 10, 2006, Dr. Franzese provided a letter to Mr. Grossi. She described neck, back, knee, and head problems. She was totally disabled between January 11, 2006, and May 1, 2006.

**On February 5, 2007, a cervical MRI was performed at Open MRI of New England (DOB November 4, 1972). She had protrusions at two levels and spondylitic changes elsewhere.**

On February 21, 2007, Dr. Olin saw her. Her MRI showed protrusions at C4-C5, C3-C4, and C5-C6. Surgery was described with her as one treatment option.

On March 28, 2007, Dr. Olin saw her. She wished to consider surgery. He would refer her to Rhode Island Hospital.

On April 19, 2007, Dr. Harrison saw her. This was at the request of Mr. Tarro. Her pain is described. Strength examination was normal, and reflexes were symmetric. There was diminished pinprick over the left C5 distribution. He did not feel surgery would be beneficial. A lumbosacral MRI was recommended.

On April 25, 2007, Ms. McGovern, I believe a physical therapist, saw her. She had back and shoulder problems. Conservative treatments were recommended.

On April 25, 2007, Dr. McGonigal saw her. He is a physiatrist. Neurological examination was normal. **He performed normal electrodiagnostic studies of her left arm.**

On April 30, 2007, Dr. Harrison saw her. **Electrodiagnostic studies were normal.** He felt she had a soft tissue injury. The MRI of the lumbar spine was unremarkable.

**On April 27, 2007, she underwent a lumbosacral MRI at the MRI Center. It was a normal study. There was a slight scoliosis convexed to the right.**

On May 30, 2007, Dr. Harrison saw her. She continued to have problems. She was not a surgical candidate.

**On May 31, 2007, a thoracic MRI was obtained. A normal study is described.**

On June 5, 2007, Dr. Doberstein saw her. She is a 34-year-old woman who had been in a motor vehicle accident. Strength, sensation, and reflexes were normal. MR imaging of the cervical spine was unremarkable. Steroid injections were recommended.

On June 20, 2007, Dr. Turnier performed cervical epidural steroids for torticollis.

**IMAGING**: I reviewed the below imaging studies personally.

On February 5, 2007, a cervical MRI was obtained. It is a normal study. The alignment is normal. There are no soft tissue injuries. The alignment is normal, particularly at C4-C5. Axial views reveal a spacious canal without stenosis or nerve entrapment. Spinal cord caliber and signal are normal.

**ASSESSMENT:** The below statements were made to a reasonable degree of medical certainty.

Ms. Sandra Mitton is a young woman who feels she was seriously injured in 2005 after a car accident. It is common after such an event to have a soft tissue injury such as a muscle strain or ligament sprain. However, these generally heal within weeks or months. Any pain or additional problems after March 2006 are not related in any way to the events of the preceding December.

I have made this statement due to the fact that there are no objective abnormalities on her assessments to indicate any form of serious injury. She has undergone numerous neurological examinations that have largely been normal. She has undergone multiple imaging studies of her neck and lumbar spine. They show normal wear and tear changes that are seen in patients as they move through middle age. None could be the result of a single trauma, and none can be the source of her pain.

In regard to the above-mentioned December 2005 injury, she has arrived at a medical end result. No treatment of any kind will help her at this point. I can find no evidence of whole body impairment, disability, or functional impairment. She may return to any form of normal activity immediately and without restrictions of any kind. I am confident that this will in no way be harmful to her.

If there are other records in the form of deposition testimony, email correspondence, or imaging studies, I would appreciate the opportunity to review them. In this situation, there are sometimes imaging studies that precede the injury. If she has any of her cervical or lumbar spine, every opportunity should be devoted to procuring them.

*I was asked many questions by Ms. Collins-Abbott.*

1. There were no lasting injuries as a consequence of the December 2005 MVA.
2. The treatments through April 2006 were reasonable and necessary. After that time, there was no indication for them.
3. See above.
4. Any treatment after April 2006 is not related in any way to the accident of December 2005.
5. There was no evidence of a significant, traumatic disk abnormality as a consequence of a December 2005 event.
6. No surgery is indicated on Ms. Mitton of any kind in regard to her cervical or lumbar spine.
7. See above.

Signed under the pains and penalty of perjury this 3rd day of August 2007.

Stephen Saris, M.D.

cc: Mrs. Sharon Collins-Abbott
Law offices of Amy Beretta

Telephone#: 401-821-0188

## RECORD REVIEW ON SANDRA MITTON

On July 22, 1995, she was seen at Kent County Memorial Hospital with neck pain following a motor vehicle accident. Neck x-rays were normal. She was five months pregnant at the time. She was felt to have a soft tissue neck injury and sent home.

**On December 22, 2005, Ms. Sandra claims that she was seriously injured after a rear-end motor vehicle accident.**

On December 22, 2005, an ambulance report was created. The diagnosis was neck sprain and lumbar sprain.

On December 22, 2005, she was seen at Kent Hospital Emergency Room. **Shoulder, chest, clavicle, thoracic, and a cervical x-rays were normal.** There was a few millimeter posterior offset of C4 on C5. Flexion and extension films were recommended. On the emergency room record, dorsal neck pain is indicated. A rear-end collision is described with a lap/shoulder harness. Another diagram indicates the left shoulder, the left lower rib cage, and back. She was given a soft tissue injury patient guide and, I believe, sent home.

**On December 23, 2005, a cervical CT was performed and was normal.**

On December 23, 2005, she was seen in the Kent Hospital Emergency Room. She was felt to have a soft tissue neck injury. Her CT was normal. She had been in a motor vehicle accident. She indicated dorsal neck pain.

On January 3, 2006, she was seen at West Bay Orthopedic Services. She is described as a 33-year-old woman with neck and left shoulder blade pain, and both upper and lower back pain following a motor vehicle accident on December 22, 2005. She continued to have left-sided neck pain. Her legs felt heavy. Neurological examination was normal. She was felt to have a soft tissue neck injury and a soft tissue back injury.

On January 18, 2006, Dr. Franzese, a chiropractor, described numerous injuries as a consequence of an MVA on December 22, 2005. She was disabled and prognosis was guarded.

On January 31, 2007, Dr. Olin saw her. She is described as a 34-year-old who had been in a car accident a little over one year previously. Neurological examination was normal. An MRI was recommended.

Between January 11, 2006, and May 1, 2006, her ongoing problems and the treatment for them are described by Dr., I believe, Franzese. The final visit of May 1, 2006, she continued to have tightness of her neck and back.

Between January 11, 2006, and May 1, 2006, Dr. Franzese created dozens of charges for treatments.

On May 10, 2006, Dr. Franzese provided a letter to Mr. Grossi. She described neck, back, knee, and head problems. She was totally disabled between January 11, 2006, and May 1, 2006.

**On February 5, 2007, a cervical MRI was performed at Open MRI of New England (DOB November 4, 1972). She had protrusions at two levels and spondylitic changes elsewhere.**

On February 21, 2007, Dr. Olin saw her. Her MRI showed protrusions at C4-C5, C3-C4, and C5-C6. Surgery was described with her as one treatment option.

On March 28, 2007, Dr. Olin saw her. She wished to consider surgery. He would refer her to Rhode Island Hospital.

On April 19, 2007, Dr. Harrison saw her. This was at the request of Mr. Tarro. Her pain is described. Strength examination was normal and reflexes were symmetric. There was diminished pinprick over the left C5 distribution. He did not feel surgery would be beneficial. A lumbosacral MRI was recommended.

On April 25, 2007, Ms. McGovern, I believe a physical therapist, saw her. She had back and shoulder problems. Conservative treatments were recommended.

On April 25, 2007, Dr. McGonigal saw her. He is a physiatrist. Neurological examination was normal. **He performed normal electrodiagnostic studies of her left arm.**

On April 30, 2007, Dr. Harrison saw her. **Electrodiagnostic studies were normal.** He felt she had a soft tissue injury. The MRI of the lumbar spine was unremarkable.

**On April 27, 2007, she underwent a lumbosacral MRI at the MRI Center. It was a normal study. There was a slight scoliosis convex to the right.**

On May 30, 2007, Dr. Harrison saw her. She continued to have problems. She was not a surgical candidate.

**On May 31, 2007, a thoracic MRI was obtained. A normal study is described.**

On June 5, 2007, Dr. Doberstein saw her. She is a 34-year-old woman who had been in a motor vehicle accident. Strength, sensation, and reflexes were normal. MR imaging of the cervical spine was unremarkable. Steroid injections were recommended.

On June 20, 2007, Dr. Turnier performed cervical epidural steroids for torticollis.

**IMAGING:** *I reviewed the bone imaging studies personally.*

On December 23, 2005, a cervical CT with reconstruction was performed. It was a normal study.

On December 22, 2005, cervical x-rays were performed. They were normal.

On February 5, 2007, a cervical MRI was obtained. It is a normal study. The alignment is normal. There are no soft tissue injuries. The alignment is normal, particularly at C4-C5. Axial views reveal a spacious canal without stenosis or nerve entrapment. Spinal cord caliber and signal are normal.

On April 27, 2007, a lumbosacral MRI was performed. It is a normal study. There is virtually nothing in the way of degenerative change with normal disc morphology and signal. There were no soft tissue injuries. Axial views show spacious canal without stenosis and no nerve entrapment.

On May 31, 2007, a thoracic MRI was performed. Spinal cord caliber and signal are normal. The alignment is normal. There are no soft tissue injuries. Axial views show a spacious canal without stenosis or nerve entrapment.

**ASSESSMENT:** The below statements were made to a reasonable degree of medical certainty.

Ms. Sandra Mitton is a young woman who feels she was seriously injured in 2005 after a car accident. It is common after such an event to have a soft tissue injury such as a muscle strain or ligament sprain. However, these generally heal within weeks or months. Any pain or other problems after March 2006 are not related in any way to the events of the preceding December.

I have made this statement due to the fact that there are no objective abnormalities on her assessments to indicate any form of serious injury. She has undergone numerous neurological examinations that have largely been normal. She has undergone multiple imaging studies of her neck and lumbar spine. They show normal wear and tear changes that are seen in patients as they move through middle age. None could be the result of a single trauma, and none can be the source of her pain. She has undergone electrical tests that show no evidence of nerve damage.

In regard to the above-mentioned December 2005 injury, she has arrived at a medical end result. No treatment of any kind will help her at this point. I can find no evidence of whole body impairment, disability, or functional impairment. She may return to any form of normal activity immediately and without restrictions of any kind. I am confident that this will in no way be harmful to her.

If there are other records in the form of deposition testimony, email correspondence, or imaging studies, I would appreciate the opportunity to review them. In this situation, there are sometimes imaging studies that precede the injury. If she has any of her cervical or lumbar spine, every opportunity should be devoted to procuring them.

*I was asked many questions by Ms. Collins-Abbott.*

1. There were no lasting injuries as a consequence of the December 2005 MVA.
2. The treatments through April 2006 were reasonable and necessary. After that time, there was no indication for them.
3. See above.
4. Any treatment after April 2006 is not related in any way to the accident of December 2005.
5. There was no evidence of a significant, traumatic disk abnormality as a consequence of a December 2005 event.
6. No surgery is indicated on Ms. Mitton of any kind in regard to her cervical or lumbar spine.
7. See above.

Signed under the pains and penalty of perjury this 3rd day of August 2007.

Stephen Saris, M.D.

cc: Mrs. Sharon Collins-Abbott
Law offices of Amy Beretta