06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA A. MITTON | : | |
| GREGORY MITTON | : | |
| | : | |
| VS. | : | C.A. 07-028-S |
| | : | |
| KIM M. JOLLY and | : | |
| RICHARD E. SPENCER | : | |

# DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO REIMBURSE EXPENSES

Now come the Defendants and hereby move this Honorable Court compelling the Plaintiffs, Sandra A. Mitton and Gregory Mitton, to reimburse Defendants for expenses incurred in connection with Dr. Curtis Doberstein's deposition, taken on October 26, 2007. The basis of this Motion is that despite Plaintiffs' counsel advising that the fee for said deposition services was $1,500 for the first hour of testimony, it was learned during the deposition of Dr. Doberstein, after payment of the $1,500 had been made by the Defendants, that in fact the fee for the deposition for the first hour was only $750. The additional $750 fee was incurred based upon the fact that the deposition of Dr. Doberstein was being videotaped by the Plaintiffs. When Magistrate Almond granted Plaintiffs' request to videotape the deposition of Dr. Doberstein, he specifically included in his Order a directive that Plaintiffs would bear the expenses of the same. Therefore, it is the Defendants' position that the Plaintiffs should reimburse the Defendants $750 of the testimony fee which was incurred for Dr. Doberstein's deposition. Defendants rely on the attached Memorandum of Law in Support of their Motion.

A ten (10) day Order is hereby requested

## CERTIFICATION

I, Sharon E. Collins-Abbott #4985, hereby certify that pursuant to Rule 37 of the Federal Rules of Civil Procedure, I made a good faith effort by writing to **Thomas Tarro, Esquire,** opposing counsel, to resolve the pending discovery issue raised by this motion, but such effort was unsuccessful.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the 21st day of November, 2007 I did send a true copy of the within Defendants' Motion to Compel Plaintiffs to Reimburse Expenses by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com

smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com