06-321 SEC:smm

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SANDRA A. MITTON** | **:** | |
| **GREGORY MITTON** | **:** | |
| | **:** | |
| **VS.** | **:** | **C.A. 07-028-S** |
| | **:** | |
| **KIM M. JOLLY and** | **:** | |
| **RICHARD E. SPENCER** | **:** | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO REIMBURSE EXPENSES**

On August 22, 2007 Defendants noticed the deposition of Dr. Curtis E. Doberstein a treating doctor of Plaintiff, Sandra Mitton. This deposition was set to go forward on October 26, 2007. On August 24, 2007, Plaintiff's counsel filed a Motion to allow the videotaping of Dr. Doberstein's deposition, said Motion being objected to by the Defendants. After reviewing Motion papers, Magistrate Almond ruled that the videotaping of Dr. Doberstein's deposition would be allowed and his order stated "Plaintiff shall bear the costs of the videotaping" (see Text Order).

On October 26, 2007, Defendants went forward with taking the deposition of Dr. Curtis Doberstein. Plaintiffs' counsel had previously advised Defendants' counsel in writing that the fee for Dr. Doberstein's deposition was $1,500 for the first hour and $500 for each hour thereafter (See Exhibit A, attached letter of Attorney Tarro dated August 17, 2007). Days prior to the deposition, Attorney Tarro again spoke with Defendants' counsel on the telephone to confirm that she would be bringing a check for said amount to the deposition. Defendants' counsel in fact did bring a check made payable to Dr. Doberstein in the amount of $1,500, and said check was turned over to the doctor just prior to the commencement of the deposition.

During the deposition, Defendants' counsel questioned Dr. Doberstein as to his fee for appearing that morning. The doctor candidly advised that his fee for testifying that morning was $1,500 for the first hour, however, that was only because the deposition was being videotaped. He went on to state it was a lesser fee if the deposition was not being videotaped and he would check with his office manager specifically on that issue. (See Exhibit B, Deposition transcript of Dr. Doberstein, pages 4-5).

At the conclusion of Dr. Doberstein's deposition, and after checking with his office manager, Dr. Doberstein approached defense counsel and advised that he confirmed with his office manager that the standard fee for the first hour of testimony in a deposition that is <u>not being videotaped</u> is only $750. Therefore, the $1,500 fee that was charged for October 26, 2007 was double the normal fee, and was charged solely based upon the fact that the deposition was being videotaped by the Plaintiffs.

Thereafter, on October 31, 2007, Defendants' counsel sent correspondence to Attorney Tarro requesting that he reimburse defendants $750, as this expense was incurred solely because the deposition was being videotaped, which was done at the request of the Plaintiffs (See Exhibit C, letter to Tarro dated October 31, 2007). In addition, Defendants' counsel reasoned that given Magistrate Almond's Order regarding the videotaping of Dr. Doberstein's deposition, it was clear that the Plaintiffs should be bearing that expense. To date, Defendants have received absolutely no response from Attorney Tarro, nor have they received any reimbursement of said funds.

Defendants now file a Motion with this Court respectfully requesting that it enter an Order compelling the Plaintiffs to reimburse the Defendants in the amount of $750 for

associated costs of Dr. Doberstein's deposition that were incurred solely due to the videotaping that Plaintiffs requested be done of Dr. Doberstein's deposition.

Based upon the clear directive of Magistrate Almond's Order, Plaintiffs should be ordered to reimburse Defendants $750 in expenses as referenced above.

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the **21st** day of **November, 2007** I did send a true copy of the within Memorandum of Law in Support of **Defendants' Motion to Compel Plaintiff's to Reimburse Expenses** by electronic means (ECF) to:

ttarro3rd@tarrolawfirm.com
smerolla@merollalaw.com

/s/ Sharon E. Collins-Abbott
Sharon E. Collins-Abbott (RI Bar: 4985)
LAW OFFICES OF AMY BERETTA
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)
scollinsabbo@metlife.com