THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST – SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

August 17, 2007

Sharon E. Collins-Abbott, Esq.
Law Office of Amy Beretta
211 Quaker Lane
West Warwick, RI 02893

RE: Sandra A. Mitton vs. Kim Jolly & Richard Spencer
C.A. No.: 07-028S

Dear Sharon:

My office has been in contact with Dr. Doberstein's assistant with regard to his availability for a deposition. We have been advised that the next available date for the doctor's deposition is October 26, 2007 at 3:30 p.m. The doctor's fee for the attendance at the deposition is $1,500.00 for the first hour and $500 for every additional hour thereafter. If it your intention to schedule Dr. Doberstein's deposition, please let me know. I may want to have the deposition video recorded as well.

Thank you for your attention to this matter.

Very truly yours,

Thomas A. Tarro III/atn

Thomas A. Tarro, III

TAT/atn