correct?
A That is my understanding, yes.
Q And in addition to the subpoena asking that you be present, also requested was a copy of your medical file on Sandra Mitton, is that correct?
A I don't know that for sure.
Q Did you bring a copy of your file today on Sandra Mitton?
A I did.
Q And do you have that with you now?
A I do.
Q And may I look at that, please?
A Absolutely.
THE WITNESS: These are other materials.
(PAUSE)
MRS. COLLINS-ABBOTT: Thank you.
THE WITNESS: You're welcome.
Q Dr. Doberstein, you are charging a fee for your testimony here today?
A Yes, I am.
Q And the amount of that fee is fifteen hundred dollars for the first hour?
A Correct, for a video deposition, that is correct.
Q And five hundred dollars for each hour thereafter?