A I believe that is correct.
Q Is there a separate -- a different fee that you would normally charge for a deposition if no video was completed?
A I believe so.
Q Are you aware of what that rate is?
A No. My office manager sets that.
Q Now, other than the record and documents contained in your copy of the file on Sandra Mitton, have you reviewed any other medical records pertaining to her?
A I have.
Q And what other records are those?
A Records of previous physicians that she has seen, as well as records from various healthcare facilities and providers.
Q And exactly, specifically, which records are those and which providers did you review?
A Well, I recall reviewing records from Michael Olin, who's a neurosurgeon, as well as Michael Harrison, another neurosurgeon, and they're the ones I spent the most detail reviewing. Beyond that, I don't remember specific names.
Q And at what point in time did you review those records?