LAW OFFICES OF AMY BERETTA
211 QUAKER LANE, 1ST FLOOR
WEST WARWICK, RI 02893

Amy Beretta
Kevin M. Cain
Sharon E. Collins-Abbott
Jessica M. Marino
Kathleen Wyllie
Jeffrey F. Richardson

(401) 821-0188
Fax (401) 821-7410

October 31, 2007

Thomas A. Tarro, III, Esq.
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
300 Centerville Road
The Summit East - Suite 330
Warwick, RI 02886

***Re:*** ***Sandra A. Mitton***
***Vs.*** ***Kim M. Jolly and***
***Richard E. Spencer***
***Met Claim No.: TAB45289 5W***
***Our File: 06-321***
***C.A. No. 07-028-S***

Dear Attorney Tarro:

At the conclusion of Dr. Doberstein's deposition, he spoke with his office manager and then advised me that the normal fee for a deposition without videotape is $750 for the first hour. The fee for a deposition that is going to be videotaped is $1,500 for the first hour. As you are aware, Metropolitan Property & Casualty Insurance Company paid $1,500 to Dr. Doberstein for the first hour of testimony on October 26, 2007. It was your client's request that this deposition be videotaped after I had already noticed the deposition. Although the United States District Court allowed you to videotape the deposition, it is clear from the Court's Order that Plaintiffs shall bear the costs of videotaping". Therefore, please issue a check made payable to Metropolitan Property & Casualty Insurance Company in the amount of $750 to my attention at your earliest convenience, since $750 of the $1,500 was incurred due to your request for the videotaping of the deposition.

Very truly yours,

Sharon E. Collins-Abbott, Esquire

SEC:smm
Cc: Lori Walmsley
Kim M. Jolly and
Richard E. Spencer
Katherine Merolla, Esquire

*The Law Offices of Amy Beretta is an unincorporated association of individually licensed attorneys employed by Metropolitan Property & Casualty Insurance Company for the exclusive purpose of representing Metropolitan Property & Casualty Insurance Company and its insureds.*