06-321 SEC:smm

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SANDRA A. MITTON :
GREGORY MITTON :
:
VS. : C.A. 07-028-S
:
KIM M. JOLLY and :
RICHARD E. SPENCER :

# DISMISSAL STIPULATION

***In the above-entitled cause, it is agreed that the following entry be made:***

Plaintiffs', Sandra A. Mitton and Gregory Mitton, Complaint against the Defendants, Kim M. Jolly and Richard E. Spencer, is hereby dismissed with prejudice; no costs.

Thomas A. Tarro, III, Esq. (#2046)
***Attorney for Plaintiffs***
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
300 Centerville Road
The Summit East - Suite 330
Warwick, RI 02886

Sharon E. Collins-Abbott, Esquire (#4985)
*LAW OFFICES OF AMY BERETTA*
***Attorney for Defendants, Kim M. Jolly And Richard E. Spencer***
211 Quaker Lane – 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 (fax)

Katherine A. Merolla, Esq. (#2344 )
***Attorney for Defendant, Kim M. Jolly***
Merolla & Accetturo
469 Centerville Road, Suite 206
Warwick, RI 02886
401-739-2900

Dated: 12/19/07